| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>SNTech, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>26-0475860 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1702 E. Highland Ave.<br>Suite 400<br>Phoenix, AZ                        ZIP Code 85016 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Maricopa | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box)<br>*See Exhibit D on page 2 of this form.* | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>■ Chapter 11    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12         of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ■ Debts are primarily business debts. |
|---|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Chapter 11 Debtors**

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ■<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | SNTech, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | SNTech, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
Teresa M. Pilatowicz 24447
Printed Name of Attorney for Debtor(s)

Gordon Silver
Firm Name

One East Washington St.
Suite 400
Phoenix, AZ 85004
Address

(602) 256-0400  Fax: (602) 256-0345
Telephone Number

12/4/14
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Shannon Bard
Printed Name of Authorized Individual

Chief Executive Officer
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**ACTION BY WRITTEN CONSENT OF SOLE MEMBER OF
THE BOARD OF DIRECTORS OF SNTECH, INC.
a Delaware Corporation**

The undersigned, being the sole member ("*Member*") of the Board of Directors (the "*Board*") of SNTech, Inc., a Delaware corporation (the "*Company*"), does hereby consent to action without a meeting, and does hereby adopt and ratify the following resolutions as of December 1, 2014:

RESOLVED, that Member is hereby authorized to execute and file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the United States Code, in the United States Bankruptcy Court for the District of Arizona;

FURTHER RESOLVED, that Shannon Bard shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Company under Title 11 of the United States Code;

FURTHER RESOLVED, that Member authorizes, directs and ratifies the Company's hiring of the law firms of Heller Draper and Gordon Silver to represent the Company in such bankruptcy case;

FURTHER RESOLVED, that Member authorizes, directs and ratifies the Company's hiring of the Gordian Group to market and sell the assets of the Company in such bankruptcy case; and

FURTHER RESOLVED, that the payment of retainer fees to the aforementioned professional service providers prior to the date of this resolution is hereby ratified, approved and confirmed.

Executed on this  1  day of December, 2014

**SNTech, Inc.,**
a Delaware corporation

By: _Shannon Bard_
   SHANNON BARD
   Its: Sole Board Member

101250.001/3402216.2.1

# United States Bankruptcy Court
## District of Arizona

In re    SNTech, Inc.

Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ANE Ventures, LLC & Roland Interests LLC<br>c/o Gignilliat & Hymen PC<br>14 Bridewood Rd., Ste. 200<br>Northbrook, IL 60062 | ANE Ventures, LLC & Roland Interests LLC<br>c/o Gignilliat & Hymen PC<br>14 Bridewood Rd., Ste. 200<br>Northbrook, IL 60062 | Convertible Senior Secured Promissory Note | | 549,490.00 |
| Eagle Systems International<br>d/b/a Synergy Companies<br>28436 Satellite St.<br>Hayward, CA 94545 | Eagle Systems International<br>d/b/a Synergy Companies<br>28436 Satellite St.<br>Hayward, CA 94545 | | Contingent<br>Unliquidated<br>Disputed | 65,620.62 |
| Electrocraft Arkansas<br>1701 S. Benton Ave.<br>Searcy, AR 72143 | Electrocraft Arkansas<br>1701 S. Benton Ave.<br>Searcy, AR 72143 | | | 1,003,759.00 |
| F. Henry Habicht and Wendy W. Habict JTWROS<br>3161 Michelson Dr., Ste. 750<br>Irvine, CA 92612 | F. Henry Habicht and Wendy W. Habict JTWROS<br>3161 Michelson Dr., Ste. 750<br>Irvine, CA 92612 | Convertible Senior Secured Promissory Note | | 286,709.00 |
| Forever 7 LLC<br>c/o Chris Zaharis<br>1725 S Country Club Dr<br>Mesa, AZ 85210 | Forever 7 LLC<br>c/o Chris Zaharis<br>1725 S Country Club Dr<br>Mesa, AZ 85210 | Convertible Senior Secured Promissory Note | | 190,828.00 |
| Frigitek<br>(Energy Control Systems)<br>316 Locust St.<br>Watsonville, CA 95076 | Frigitek<br>(Energy Control Systems)<br>316 Locust St.<br>Watsonville, CA 95076 | | Contingent<br>Unliquidated<br>Disputed | 264,876.84 |
| Greener Capital Partners II, L.P.<br>c/o Tom Cain<br>645 Buena Vista Way<br>Laguna Beach, CA 92651 | Greener Capital Partners II, L.P.<br>c/o Tom Cain<br>645 Buena Vista Way<br>Laguna Beach, CA 92651 | Convertible Senior Secured Promissory Note | | 273,014.00 |
| James Weber<br>1205 E. Warner Ave.<br>Santa Ana, CA 92705 | James Weber<br>1205 E. Warner Ave.<br>Santa Ana, CA 92705 | Promissory Note | | 55,000.00 |
| L & L Freight Services, Inc.<br>PO Box 1365<br>Cabot, AR 72023 | L & L Freight Services, Inc.<br>PO Box 1365<br>Cabot, AR 72023 | | | 54,681.00 |

In re ___SNTech, Inc.___                    Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| L.H. Carbide<br>4420 Clubview Dr.<br>Fort Wayne, IN 46804 | L.H. Carbide<br>4420 Clubview Dr.<br>Fort Wayne, IN 46804 | | | 79,240.00 |
| Osborn Maledon<br>2929 N. Central Ave.<br>21st Floor<br>Phoenix, AZ 85012 | Osborn Maledon<br>2929 N. Central Ave.<br>21st Floor<br>Phoenix, AZ 85012 | | | 100,604.00 |
| Polsinelli Shughart PC<br>100 S Fourth St, Ste 1000<br>St. Louis, MO 63102-1825 | Polsinelli Shughart PC<br>100 S Fourth St, Ste 1000<br>St. Louis, MO 63102-1825 | | | 275,240.00 |
| Regal Beloit Corporation<br>200 E Main St., Ste 1000<br>Fort Wayne, IN 46802 | Regal Beloit Corporation<br>200 E Main St., Ste 1000<br>Fort Wayne, IN 46802 | | Contingent<br>Unliquidated<br>Disputed | 6,421,912.00 |
| S.U.S. Cast Products, Inc.<br>1825 W. Market St<br>Logansport, IN 46947 | S.U.S. Cast Products, Inc.<br>1825 W. Market St<br>Logansport, IN 46947 | | | 57,916.00 |
| Sensata Technologies Inc.<br>PO Box 425<br>Attleboro, MA 02703-0008 | Sensata Technologies Inc.<br>PO Box 425<br>Attleboro, MA 02703-0008 | | Contingent<br>Unliquidated<br>Disputed | 53,367.84 |
| Smart Warehousing, LLC<br>9801 Industrial Blvd<br>Lenexa, KS 66215 | Smart Warehousing, LLC<br>9801 Industrial Blvd<br>Lenexa, KS 66215 | | | 242,361.00 |
| Tecumseh Products Company<br>2700 West Wood St<br>Paris, TN 38242 | Tecumseh Products Company<br>2700 West Wood St<br>Paris, TN 38242 | | | 222,650.00 |
| Thomas R. Dwyer and Ellen M. Dwyer<br>Tenants by the Entirety<br>4747 Rock Springs Rd.<br>Arlington, VA 22207 | Thomas R. Dwyer and Ellen M. Dwyer<br>Tenants by the Entirety<br>4747 Rock Springs Rd.<br>Arlington, VA 22207 | Convertible Senior Secured Promissory Note | | 164,449.32 |
| Thorson Hays Family Trust<br>c/o Steve Brown<br>158 Sunkist Lane<br>Los Altos, CA 94022 | Thorson Hays Family Trust<br>c/o Steve Brown<br>158 Sunkist Lane<br>Los Altos, CA 94022 | Convertible Senior Secured Promissory Note | | 224,504.00 |
| VS Precision USA, LLC<br>PO Box 12727<br>El Paso, TX 79913 | VS Precision USA, LLC<br>PO Box 12727<br>El Paso, TX 79913 | | | 121,981.00 |

In re   SNTech, Inc.                                                Case No.                             
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **12-4-14**                            Signature    *Shannon Bard*
                                                        Shannon Bard
                                                      Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

In re  SNTech, Inc. _____,  Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ergo Strategic Partners Attn: Peter Poly<br>3720 S. Susan Street<br>Ste 100<br>Santa Ana, CA 92704 | Preferred B | 562,100 | |
| Forever 7 LLC Attn: Chris Zaharis<br>1725 S. Country Club Dr.<br>Mesa, AZ 85210 | Preferred B | 420,488 | |
| Greener Capital Partners II, LP Attn: To<br>645 Buena Vista Way<br>Laguna Beach, CA 92651 | Preferred B | 1,219,866 | |
| Hong Ja Hyang<br>103-602 Ssangyong Apt<br>Bongseon-dong Nam-gu Gwangju<br>KOREA | Common | 9,000 | |
| Hong Seong Joon<br>103-602 Ssangyong Apt<br>Bongseon-dong Nam-gu Gwangju<br>KOREA | Common | 10,000 | |
| Hong Seong Min<br>103-601 Ssangyong Apt<br>Bongseon-dong Nam-gu Gwangju<br>KOREA | Common | 10,000 | |
| James Jeung<br>9718 Walker Ct<br>Cypress, CA 90640 | Common | 671,142 | |
| Jang Yong Yun<br>101-1502 Geumpo Apt 1072<br>Hwajeong-dong Seo-gu Gwangju<br>KOREA | Common | 7,800 | |
| Kang Hyun Suk<br>108-1302 Sambu APT 4663 Sujin-dong<br>Sujeong-gu Seongnam-City Gwangju<br>KOREA | Common | 3,250 | |
| Kang Jin Goo<br>108-1302 Sambu Apt 4662, Sujin-dong<br>Sujeong-gu Seongnam-city Gwangju<br>KOREA | Common | 3,250 | |
| Kang Sung Youl<br>108-1302 Sambu APT 4663 Sujin-dong<br>Sujeong-gu Seongnam-City Gwangju<br>KOREA | Common | 54,730 | |

Sheet __1__ of __5__ continuation sheets attached to the List of Equity Security Holders

In re  SNTech, Inc.                                                                    Case No. _____

_____ ,
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| Ki Hyeong Do<br>101-602 Gwangmyung Haits<br>Ssangchon-dong Seo-gu Gwangju<br>KOREA | Common | 1,000 | |
| Kim Chang Hwan<br>115-1301 Samik APT<br>Donglim-dong Buk-gu Gwangju-city<br>KOREA | Common | 9,200 | |
| Kim Hyun Jeong<br>236 Yonggang-ri<br>Hwasun-gun Jeonnam<br>KOREA | Common | 6,000 | |
| Kim Min Suk<br>101-309 Dongsan APT 414<br>Nongsung1-dong Seo-gu Gwangju<br>KOREA | Common | 8,000 | |
| Kim Seong Woo<br>105-1505 Daejuparkvile<br>1057 Yongbong-dong Buk-gu Gwangju<br>KOREA | Common | 22,030 | |
| Kim Yang Soo<br>304-802 Buyeong APT<br>Okam-dong Mokpo-city<br>KOREA | Common | 2,000 | |
| Lee Jung Sang<br>3-605 Seocho Hanyang Apt.<br>Banpo-dong Seocho-gu Seoul<br>KOREA | Common | 2,000 | |
| Lee Ki Chun<br>303-1402 Samik 3cha APT<br>Jinwoldong Namgu Gwangju<br>KOREA | Common | 1,000 | |
| Lim In Cheol<br>602-1401 Mujikgae Village<br>225 Gumi-dong Gwangmyung-City Gyeonggi-d<br>KOREA | Common | 1,000 | |
| Lim Yeon Hee<br>B02 Jelra Villa, 79-5 Gwangmyung2-dong<br>Gwangmyung-City Gyeonggi-do<br>KOREA | Common | 1,000 | |

Sheet  __2__  of  __5__  continuation sheets attached to the List of Equity Security Holders

In re    SNTech, Inc.                                                    Case No. _____

                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Moon Hyung Joo<br>112-1709 jongwon Palicevile<br>240-2 Geumho-dong Seo-gu Gwangju<br>KOREA | Common | 61,230 | |
| Mun Hyung Bin<br>401 Conghovilla<br>Geumho-Cong 2 ga Seongdong-gu Seoul<br>KOREA | Common | 4,300 | |
| Mun Yu Ha<br>112-1709 Jongwon Palicevile<br>240-2 Geumho-dong Seo-gu Gwangju<br>KOREA | Common | 2,000 | |
| Mun Yu Sik<br>112-1709 Jongwon Palicevile<br>240-2 Geumho-dong Seo-gu Gwangju<br>KOREA | Common | 2,000 | |
| Navitas Capital I, LP Attn: Travis Putna<br>11990 San Vicente Blvd.<br>Ste 350<br>Los Angeles, CA 90049 | Preferred B | 597,556 | |
| Noh Hye Kyung<br>110-401 Linegdonsan APT<br>Hwajeong4-dong Seo-gu Gwangju<br>KOREA | Common | 7,800 | |
| Oo Hyeong Soo<br>430 Geumhoworld<br>12-17 Hwajeongdong Seogu Gwangju<br>KOREA | Common | 13,130 | |
| Pendleton Capital Partners, LLC Attn: Ch<br>1725 S. Country Club Dr.<br>Mesa, AZ 85210 | Preferred B | 111,051 | |
| Robert Marshall Family Limited Partnersh<br>158 Sunkist Lane<br>Los Altos, CA 94022 | Preferred B | 281,050 | |
| Ryu Hee Kyoung<br>102-203 Wooseong APT<br>Howondong Uijeongbu city Gyenggido<br>KOREA | Common | 1,820 | |
| SAIL Exit Partners LLC<br>3161 Michelson Dr.<br>Ste 750<br>Irvine, CA 92612 | Preferred A-1 | 1,057,246 | |

Sheet  3  of  5  continuation sheets attached to the List of Equity Security Holders

In re   SNTech, Inc.                                                    Case No. _____
                                    Debtor                    ,

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SAIL Exit Partners, LLC c/o Hank Habicht 3161 Michelson Dr., Ste. 750 Irvine, CA 92616 | Preferred A-2 | 86,636 | |
| SAIL Exit Partners, LLC c/o Hank Habicht 3161 Michelson Dr., Ste. 750 Irvine, CA 92616 | Preferred A-3 | 746,438 | |
| SAIL Exit Partners, LLC c/o Hank Habicht 3161 Michelson Dr., Ste. 750 Irvine, CA 92616 | Preferred B | 7,703,587 | |
| SAIL Exit Partners, LLC c/o Hank Habicht 3161 Michelson Dr., Ste. 750 Irvine, CA 92616 | Common | 54,902 | |
| SAIL Holdings, LLC 3161 Michelson Dr. Ste 750 Irvine, CA 92612 | Preferred B | 631,503 | |
| SAIL Pre-Exit Acceleration Fund II, LP 3161 Michelson Dr. Ste 750 Irvine, CA 92612 | Preferred B | 55,514 | |
| Shannon Bard 7632 Hummingbird Ln Paradise Valley, AZ 85253 | Common | 4,000 | |
| Song Sang Hyun 101-201 Jungheung Park Unamdong Bukgu Gwangju KOREA | Common | 18,920 | |
| Summit Real Estate Investments LLC Attn: 1725 S. Country Club Dr. Mesa, AZ 85210 | Preferred B | 41,644 | |
| Wang Sung Suk 102-206 Woobank Apt 357 Hagyedong Nowongu Seoul KOREA | Common | 1,000 | |
| Wild Rose Irrevocable Trust Attn: Chris 1725 S. Country Club Dr. Mesa, AZ 85210 | Preferred B | 124,932 | |

Sheet   4   of   5   continuation sheets attached to the List of Equity Security Holders

In re    SNTech, Inc. _____,    Case No. _____

                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Yang Bo Ra<br>104-607 Onsegyejoum Apt 223<br>Songjeondong Gwangdangu Gwangju<br>KOREA | Common | 6,000 | |
| Yang Dae Hyung<br>DaeyouDaelim Apartment 302-301<br>113-7 Ildoidong Jeju-city Jeju-do<br>KOREA | Common | 10,000 | |
| Yang Kang Hyun<br>DaeyouDaelim Apartment 302-301<br>113-7 Ildoidong Jeju-city Jeju-do<br>KOREA | Common | 71,230 | |
| Yang Soo Hyun<br>118, 2-Ka, Namdaemun-Ro<br>Chung-Ku Seoul<br>KOREA | Common | 24,000 | |
| Yi Jeong Lan<br>3-605 Seocho Hanyang Apt<br>Banpo-dong Seocho-gu Seoul<br>KOREA | Common | 23,158 | |
| Yoon Moon Sang<br>101-1402 Ssangyongyega<br>Yongbongdong Bukgu Gwangju<br>KOREA | Common | 15,943 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

  I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____December 4, 2014_____    Signature___*Shannon Bard*_____

                                                Shannon Bard
                                                Chief Executive Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                        18 U.S.C §§  152 and 3571.

Sheet __5__ of __5__ continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
### District of Arizona

In re    SNTech, Inc.

Debtor(s)

Case No.

Chapter    11

# DECLARATION

I, the Chief Executive Officer of the corporation named as the debtor in this case, do hereby certify, under penalty of

perjury, that the Master Mailing List, consisting of ___16___ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:    December 4, 2014

Shannon Bard/Chief Executive Officer
Signer/Title

Date:    December 4, 2014

/s/ Teresa Pilatowicz

Signature of Attorney
Teresa M. Pilatowicz 24447
Gordon Silver
One East Washington St.
Suite 400
Phoenix, AZ 85004
(602) 256-0400   Fax: (602) 256-0345

MML-5

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

SNTech, Inc. -


ABSOLUTE EXHIBITS
1382 VALENCIA AVE, #H
TUSTIN CA 92780


ADVANCED MACHINE AND TOOL
3706 TRANSPORTATION DR
FORT WAYNE IN 46818


ADVANCED PAPERWORKS, INC.
2000 E MILLS AVE
EL PASO TX 79901


ALLEN COUNTY PROPERTIES, LLC
ATTN: DAVID VENDERLEY
327 LEY ROAD
FORT WAYNE IN 46825


ALLEN COUNTY TREASURER
1 EAST MAIN ST, #104
FORT WAYNE IN 46802


ALTIUM
2175 SALK AVE, #200
CARLSBAD CA 92008


AMERICAN & EFIRD LLC
22 AMERICAN ST
MT. HOLLY NC 28120


AMPEX METAL PRODUCTS
5581 WEST 164TH ST
CLEVELAND OH 44142


AMT PRECISION PARTS
3606 TRANSPORTATION DR
FORT WAYNE IN 46818


ANE VENTURES, LLC & ROLAND INTERESTS LLC
C/O GIGNILLIAT & HYMEN PC
14 BRIDEWOOD RD., STE. 200
NORTHBROOK IL 60062


APRIL LONGHENRY
5624 RIVERRUN TR., APT B
FORT WAYNE IN 46825

SNTech, Inc. -

ARAMARK
1515 EAST HADLEY ST, #100
PHOENIX AZ 85034

ARIZONA DEPARTMENT OF REVENUE
PO BOX 29079
PHOENIX AZ 85038-9079

ASSOCIATED PACKAGING
435 CALVERT DR
GALLATIN TN 37066

AT&T
PO BOX 5014
CAROL STREAM IL 60197

ATCONFERENCE
PO BOX 2939
SOUTHAMPTON NY 11969

BCC FREIGHT HAULERS, INC.
910 MCAFEE MEDICAL CIR
BEEBE AR 72012

BECK & MATHIESEN, APC
ATTN: DAVID R. BECK
700 FREDERICK ST., STE. 306
SANTA CRUZ CA 95062

BOUNDARY SYSTEMS
7055 ENGLE RD, #601
CLEVELAND OH 44130

BRENT ROLAND
7605 N. SHADOW MOUNTAIN RD.
PARADISE VALLEY AZ 85253

BRITT POWER DEVICES, LLC
20414 SAPPHIRE CIR
MAGNOLIA TX 77355

BTX GLOBAL LOGISITICS
375 BRIDGEPORT AVE, 2ND FLOOR
SHELTON CT 06484

SNTech, Inc. -


C&U AMERICAS, LLC.
44330 PLYMOUTH OAKS BLVD
PLYMOUTH TOWNSHIP MI 48170


CAL-COMP USA
1 TECHNOLOGY WAY
LOGANSPORT IN 46947


CAPFLOW FUNDING GROUP MANAGERS, LLC (NJ)
301 RTE 17 NORTH
8TH FLOOR
RUTHERFORD NJ 07070


CARLTON-BATES CO., INC.
3600 W 69TH ST
LITTLE ROCK AR 72209


CENTURYLINK
PO BOX 29040
PHOENIX AZ 85038


CFI LOGISTICA SA DE CV
AV. CAMINO AL ITESO 8900 INT E3B3INT3B
TLAQUEPAQUE, JALISCO C.P. 45609
MEXICO


CLASS A TOOLING, INC.
194 GATEWAY DR
CABOT AR 72023


COMCAST
PO BOX 37601
PHILADELPHIA PA 19101


COMFORT AIR MECHANICAL SYSTEMS, INC.
1742 CLEMENT AVE
ALAMEDA CA 94501


CON-WAY FREIGHT
7002 W SHERMAN ST
PHOENIX AZ 85043


CONNOR CORPORATION
10633 COLDWATER RD
FORT WAYNE IN 46845

COOLEY LLP
101 CALIFORNIA, 5TH FLOOR
SAN FRANCISCO CA 94111


CORNELL DUBILIER ELECTRONICS, INC.
140 TECHNOLOGY PL
LIBERTY SC 29657


COX COMMUNICATIONS
PO BOX 1259
OAKS PA 19456


CPA GLOBAL
LIBERATION HOUSE, CASTLE STREET
ST. HELIER JERESEY, JE1 1BL
CHANNEL ISLANDS


CSA INTERNATIONAL
178 REXDALE BLVD.
TORONTO, ON M9W 1R3
CANADA


CULLIGAN
110 WEST FREMONT ST
OWATONNA MN 55060


DANHIL DE MEXICO, SA DE CV
TECNOLOGIA 110 PARQUE INDUSTRIAL
LA SILLA APODACA NUEVO LEON 6648
MEXICO


DAVIDON INDUSTRIES
205 HALLENE RD
WARWICK RI 02886


DEGOLIA & ASSOCIATES
2359 EAST SUMMIT DR
COEUR D ALENE ID 83815


DELTA DENTAL
5656 W TALAVI BLVD
GLENDALE AZ 85306

SNTech, Inc. -


DH PROPERTIES
918 EAST LINCOLN, #1
SEARCY AR 72143


EAGLE SYSTEMS INTERNATIONAL
D/B/A SYNERGY COMPANIES
28436 SATELLITE ST.
HAYWARD CA 94545


EIS INC.
2018 POWERS FERRY RD, #500
ATANTA GA 30339


ELECTROCRAFT ARKANSAS
1701 S. BENTON AVE.
SEARCY AR 72143


EMF CORPORATION
PO BOX 389
ANGOLA IN 46703


ERNST & YOUNG
200 PLAZA DR
SECAUCUS NJ 07094


ERNST & YOUNG
ATTN: TRACY STONE
2 N. CENTRAL AVE., STE. 2300
PHOENIX AZ 85004


ESCR HM, LLC.
1212 STARLIT DR.
LAGUNA BEACH CA 92651


ETS-LINDGREN ENCLOSURES, INC.
400 HIGH GROVE BLVD
GLENDALE HEIGHTS IL 60139


EWING BEMISS & CO.
75 E. 55TH STREET, STE 801
NEW YORK NY 10022

F. HENRY HABICHT AND
WENDY W. HABICT JTWROS
3161 MICHELSON DR., STE. 750
IRVINE CA 92612


FEDEX
3875 AIRWAYS
MODULE H3 DEPT 4634
MEMPHIS TN 38116


FEDEX FREIGHT
3875 AIRWAYS
MODULE H3 DEPT 4634
MEMPHIS TN 38116


FEDEX TRADE NETWORKS
3230 EAST BROADWAY ROAD
SUITE C-230
PHOENIX AZ 85040


FOREVER 7 LLC
C/O CHRIS ZAHARIS
1725 S COUNTRY CLUB DR
MESA AZ 85210


FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257-0540


FRIGITEK
(ENERGY CONTROL SYSTEMS)
316 LOCUST ST.
WATSONVILLE CA 95076


FUTURE DIGITAL
15475 N GREENWAY HAYDEN LOOP
SCOTTSDALE AZ 85260


FUZION, LLC.
20118 NORTH 67TH AVENUE
GLENDALE AZ 85308


GORDIAN GROUP, LLC
950 THIRD AVE., 17TH FLOOR
NEW YORK NY 10022

SNTech, Inc. -

GREENBERG TRAURIG, LLP
2375 EAST CAMELBACK RD.
SUITE 700 - ATTN: BRIAN BLANEY
PHOENIX AZ 85012

GREENER CAPITAL PARTNERS II, L.P.
C/O TOM CAIN
645 BUENA VISTA WAY
LAGUNA BEACH CA 92651

GRIFFIN PARTNERS PARKWAY FOUNTAIN
1702 E HIGHLAND AVE., STE 313
PHOENIX AZ 85016

GURSTEL CHARGO PA
ATTN: ANDREW J. WESTLE
9320 E. RAINTREE DR.
SCOTTSDALE AZ 85260

HAMMERMAN & HULTGREN, PC
3101 N. CENTRAL AVE., STE. 500
PHOENIX AZ 85012

HAVICE DESIGN
1625 EAST PALMAIRE AVE
PHOENIX AZ 85020

HOBSON BEARING INTERNATIONAL, INC.
15683 HIGHWAY FF
DIAMOND MO 64840

HOLDEN WILLITS PLC
TWO NORTH CENTRAL AVE.
SUITE 1220
PHOENIX AZ 85004

HSA. BANK
605 NORTH 8TH ST, SUITE 320
SHEBOYGAN WI 53081

IAR SYSTEMS SOFTWARE, INC.
1065 EAST HILLSDALE, BLVD, #420
FOSTER CITY CA 94404

SNTech, Inc. -


IDI FABRICATION, INC.
14444 HERRIMAN BLVD.
NOBLESVILLE IN 46060


INTERMEDIA
25 E. MIDDLEFIELD RD
MOUNTAIN VIEW CA 94043


INTERNATIONAL EXPOSITION CO
15 FRANKLIN ST
WESTPORT CT 06880


J. ERIC LOCKRIDGE, ESQ.
KEAN MILLER, LLP
P.O. BOX 3513
BATON ROUGE LA 70821-3513


JAMES WEBER
1205 E. WARNER AVE.
SANTA ANA CA 92705


KAPCO, INC.
1000 BADGER CIR
GRAFTON WI 53204


KENT CHESLEY
3161 MICHELSON DR.
SUITE 750
IRVINE CA 92612


KNOBBE MARTENS OLSON & BEAR, LLP (CA)
2040 MAIN ST., 14TH FLOOR
ATTN: MINCHEOL KIM
IRVINE CA 92614


L & L FREIGHT SERVICES, INC.
PO BOX 1365
CABOT AR 72023


L.H. CARBIDE
4420 CLUBVIEW DR.
FORT WAYNE IN 46804

SNTech, Inc. -


LINDSAY HURNI LEPLEY, ESQ.
200 E. MAIN ST., STE. 1000
FORT WAYNE IN 46802


MARKO LAW PLLC
ATTN: EDWARD J. MARKO
706 E BELL ROAD, STE 124
PHOENIX AZ 85022


MAVERICK DEVELOPMENT COMPANY
FKA GORDON JEFFREY HUGGHINS
415 ASBURY ST
JACKSONVILLE TX 75766


MCCOLLUM INDUSTRIES, INC.
823 E. MAIN ST
SCOTTSVILLE KY 42164


MERRILL COMMUNICATIONS LLC
ONE MERRILL CIR
ST. PAUL MN 55108


MICHAEL J. HAMMONS
3161 MICHELSON DR., STE. 750
IRVINE CA 92612


MICROTEL SEARCY
3668 FERRIN TR
SEARCY AR 72143


MIDWEST TOOL & DIE, CORP.
327 LEY RD
FORT WAYNE IN 46825


MOAK & KESLER, PLLC
ATTN: AARON P. SWINK
318 NECHES ST.
JACKSONVILLE TX 75766


MOLEX INCORPORATED
2222 WELLINGTON CT
LISLE IL 60532

SNTech, Inc. -

MRS INTERNATIONAL, LLC
4801 PROJECTS DR
FORT WAYNE IN 46825

MULLARKEY ASSOCIATES, INC.
8141 185TH ST
TINLEY PARK IL 60487

MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM
OF LOUISIANA
7937 OFFICE PARK BLVD.
BATON ROUGE LA 70809

NEFF ENGINEERING
DEPT 6081
CAROL STREAM IL 60122

NIDEC MOTOR CORPORATION
8050 W. FLORISSANT AVE.
SAINT LOUIS MO 63136

NSK CORPORATION
4200 GOSS RD
ANN ARBOR MI 48105

OFFICE CONCEPTS
5430 DISTRIBUTION DR
FORT WAYNE IN 46825

OHIO ROD PRODUCTS
1415 SOUTH BENHAM RD
VERSAILLES IN 47042

OSBORN MALEDON
2929 N. CENTRAL AVE.
21ST FLOOR
PHOENIX AZ 85012

PERIDOT, INC.
14508 BRUICK LN
HOAGLAND IN 46745

POLSINELLI SHUGHART PC
100 S FOURTH ST, STE 1000
ST. LOUIS MO 63102-1825

SNTech, Inc. -


POP DESIGN GROUP
116 MELVILLE AVE
TAMPA FL 33606


PREMIER DOCUMENT SHREDDING
2204 WEST 1ST ST
TEMPE AZ 85281


PREMIUM ASSIGNMENT
3522 THOMASVILLE RD, #400
TALLAHASSEE FL 32309


PRO RESOURCES STAFFING SVCS
1728 SPY RUN AVE
FORT WAYNE IN 46805


PROVIS MEDIA
1755 S. VAL VISTA DR., STE. 204
MESA AZ 85204


QCA SPAS, INC.
1021 STATE ST
BETTENDORF IA 52722


REFRIGERATION SOLUTIONS
9529 SKIPJACK COVE
FORT WAYNE IN 46835


REGAL BELOIT CORPORATION
200 E MAIN ST., STE 1000
FORT WAYNE IN 46802


REPUBLIC SERVICE
6231 MACBETH RD
FORT WAYNE IN 46809


RISK ASSESSORS
466 S GLENWOOD ST.
EL PASO TX 79905


ROHDE & SCHWARZ
6821 BENJAMIN FRANKLIN DR
COLUMBIA MD 21046

ROTOR CLIP COMPANY
187 DAVIDSON AVE
SOMERSET NJ 08873


S.U.S. CAST PRODUCTS, INC.
1825 W. MARKET ST
LOGANSPORT IN 46947


SAIL CO-INVESTMENT PARTNERS CAYMAN, LP
C/O HANK HABICHT
3161 MICHELSON DR., STE. 750
IRVINE CA 92616


SAIL EXIT PARTNERS, LLC
C/O HANK HABICHT
3161 MICHELSON DR., STE. 750
IRVINE CA 92616


SAIL HOLDINGS
C/O WALTER SCHINDLER
3161 MICHELSON DR., STE. 750
IRVINE CA 92616


SAIL SUSTAINABLE LOUISIANA
C/O WALTER SCHINDLER
3161 MICHELSON DR., STE. 750
IRVINE CA 92616


SAIL VENTURE MANAGEMENT
C/O WALTER SCHINDLER
3161 MICHELSON DR., STE. 750
IRVINE CA 92616


SAIL VENTURE PARTNERS II, LP
C/O HANK HABICHT
3161 MICHELSON DR., STE. 750
IRVINE CA 92616


SENSATA TECHNOLOGIES INC.
PO BOX 425
ATTLEBORO MA 02703-0008


SIENA LENDING GROUP LLC
1177 SUMMER ST
STAMFORD CT 06905

SNTech, Inc. -


SKARECKY & HOLDER PA
ATTN: DENNIS SKARECKY
3130 N. THIRD AVE., SUITE 1220
PHOENIX AZ 85004


SMART WAREHOUSING, LLC
9801 INDUSTRIAL BLVD
LENEXA KS 66215


SNTECH CO., LTD.
1103 GOLDEN VALLEY, 290-2 GOCHEON-DONG
UIWANG CITY, KYUNGGI DO
SOUTH KOREA


SPARKLETTS
5660 NEW NORTHSIDE DR, #500
ATLANTA. GA 30328


ST. FRANCIS PACKAGING
9121 SIBLEY HOLE RD
LITTLE ROCK AR 72209


STACO ENERGY
1229 BYERS RD.
MIAMISBURG OH 45342


STATE OF DELAWARE
PO BOX 5509
BINGHAMTON NY 13902


STELLAR SALES
1237 POST OAK CT
BARTONVILLE TX 76226


STRATEGIC SOLUTIONS GROUP, INC.
10305-D DAWSON'S CREEK BLVD
FORT WAYNE IN 46825


SUMMIT REAL ESTATE INVESTMENTS LLC
C/O CHRIS ZAHARIS
1725 S. COUNTRY CLUB DR.
MESA AZ 85210

SNTech, Inc. -


SUNTECH CIRCUITS, INC.
5510 W CHANDLER BLVD #1
CHANDLER AZ 85226


SUTTON AND MCAUGHAN, PLLC
THREE RIVERWAY, SUITE 900
ATTN: DAVID TERRELL & ROBERT MCAUGHAN
HOUSTON TX 77056


TAG MEDIA + INK, LLC
75 WEST BASELINE RD, #3
GILBERT AZ 85233


TECHNICAL DIE-CASTING, INC.
8910 WEST MAIN ST
STOCKTON MN 55987


TECSTAR PLASTICS, INC.
W188 N11707 MAPLE RD
GERMANTOWN WI 53022


TECTURA CORPORATION
4309 HACIENDA DRIVE
PLEASANTON CA 94588


TECUMSEH PRODUCTS COMPANY
2700 WEST WOOD ST
PARIS TN 38242


TEXTAPE, INC.
915 PENDALE RD
EL PASO TX 79907


THE LINCOLN NATL LIFE INSURANCE
100 NORTH GREENE ST
GREENSBORO NC 27401


THE NOBLITT GROUP, PLLC
8800 NORTH GAINEY CTR DR, #279
SCOTTSDALE AZ 85258


THOMAS R. DWYER AND ELLEN M. DWYER
TENANTS BY THE ENTIRETY
4747 ROCK SPRINGS RD.
ARLINGTON VA 22207

SNTech, Inc. -


THOMPSON CORBURN, LLP
ONE US BANK PLAZA
ATTN: ALAN H. NORMAN & JASON M. SCHWENT
SAINT LOUIS MO 63101


THORSON HAYS FAMILY TRUST
C/O STEVE BROWN
158 SUNKIST LANE
LOS ALTOS CA 94022


TOOLCRAFT MACHINE & TOOL
120 INDUSTRIAL DR
BALD KNOB AR 72010


TYCO ELECTRONICS
PO BOX 731225
DALLAS TX 75373


TYCO INTEGRATED SECURITY
10405 CROSSPOINT BLVD
INDIANAPOLIS IN 46256


UNDERWRITERS LABORATORIES, INC.
75 REMITTANCE DR, #1893
CHICAGO IL 60675


UNITED HEALTH CARE
DEPT CH 10151
PALATINE IL 60055


UPS FREIGHT
1000 SEMMES AVE
RICHMOND VA 23218


USI INSURANCE SERVICES, LLC
ATTN: CINDY GREER
2201 E. CAMELBACK RD., STE. 220A
PHOENIX AZ 85016


V ALEXANDER
6555 QUINCE RD, #201
MEMPHIS TN 38119

SNTech, Inc. -


VEMCO
ANGUS MORTON DR
BEDFORD, NS B4B 0L9
CANADA


VERIZON WIRELESS
PO BOX 4005
ACWORTH GA 30101


VOTAW ELECTRIC, INC.
PO BOX 80158
FORT WAYNE IN 46898


VS PRECISION USA, LLC
PO BOX 12727
EL PASO TX 79913


WATSERV
2000 TOWN CENTER, #1900
SOUTHFIELD MI 48075


WELLS FARGO
PO BOX 348750
SACRAMENTO CA 95834


WENTHE-DAVIDSON ENGINEERING CO.
16300 WEST ROGERS DR
NEW BERLIN WI 53151


WHITE COUNTY TREASURER
119 W. ARCH ST.
SEARCY AR 72143