GORDON SILVER
THOMAS J. SALERNO, ESQ.
Arizona Bar No.: 007492
Email: tsalerno@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Arizona Bar No.: 024447
Email: tpilatowicz@gordonsilver.com
One East Washington Street, Suite 400
Phoenix, Arizona 85004
Telephone: (602) 256-0400
Facsimile: (602) 256-0345

TALITHA GRAY KOZLOWSKI
Nevada Bar No. 9040 (*Pro Hac Pending*)
Email: tgray@gordonsilver.com
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
Louisiana Bar No. 10359 (*Pro Hac Pending*)
E-mail: wpatrick@hellerdraper.com
TRISTAN E. MANTHEY, ESQ.
Louisiana Bar No. 24539 (*Pro Hac Pending*)
E-mail: tmanthey@hellerdraper.com
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3300
Facsimile: (504) 299-3399

*Proposed Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

SNTECH, INC., a Delaware corporation,

Debtor.

Case No.: 2:14-BK-17914-EPB
Chapter 11

Date: December 10, 2014
Time: 10:00 a.m.

## NOTICE OF HEARING REGARDING FIRST DAY MOTIONS

**NOTICE IS HEREBY GIVEN** that on December 4, 2014 (the "Petition Date"), SNTech, Inc., a Delaware corporation, debtor and debtor-in-possession ("Debtor"), filed for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Arizona (the "Court"), by and through its proposed counsel, the law firms of Gordon Silver and Heller, Draper, Patrick, Horn & Dabney, LLC.

**NOTICE IS FURTHER GIVEN** that Debtor has requested that the Court hear and

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85004
(602) 256-0400

105013-002/2501865.doc

Case 2:14-bk-17914-EPB    Doc 33    Filed 12/05/14    Entered 12/05/14 12:07:39    Desc
Main Document    Page 1 of 7

consider the following first day motions (collectively, the "First Day Motions")[1] filed by Debtor on an accelerated basis:

1. **Debtor's Emergency Motion Seeking Interim and Final Orders: (1) Authorizing Debtor to Obtain Post-Petition Financing, (2) Granting Liens and Superpriority Administrative Expense, (3) Authorizing Use of Cash Collateral, and (4) Setting and Prescribing the Form and Manner of Notice for a Final Hearing** (the "DIP Financing Motion") [ECF No. 24]

Through the DIP Financing Motion, Debtor seeks entry of an interim order: (1) authorizing Debtor to enter into a debtor-in-possession credit facility of up to a maximum amount of One Million and Four Hundred Thousand and 00/100 Dollars ($1,400,000) pursuant to Sections 105, 363, 364, and 507 of the Bankruptcy Code with Municipal Employees Retirement Systems of Louisiana (the "Lender"), as lender and as collateral agent and administrative agent; (2) granting the Lender liens and allowing the Lender's claim as administrative expense priority pursuant to Sections 364(c)(1), (c)(2), and (d) and 507(b) of the Bankruptcy Code; (3) authorizing the use of Cash Collateral; and (4) in accordance with Rules 4001(b)(2) and (c)(2) of the Federal Rules of Bankruptcy Procedure and all applicable local bankruptcy rules, including LR 4001-4, scheduling a final hearing on the Motion, and approving notice with respect thereto.

2. **Emergency Motion for Order (I) Authorizing Debtor to Pay Wages, Salaries, Benefits, Reimbursable Business Expenses, and Other Employee Obligations, and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations** (the "Employee Wage Motion") [ECF No. 23]

Through the Employee Wage Motion, Debtor requests that the Court enter an order authorizing Debtor to pay pre-petition wages, salaries, garnishments, benefits, reimbursable business expenses, and other employee obligations, including workers' compensation matters, not to exceed the statutory amount, to its six employees.

All of the First Day Motions are supported by the *Omnibus Declaration of Shannon Bard in Support of Debtor's Chapter 11 Petition and First Day Motions* (the "Omnibus Declaration")

---

[1] All capitalized undefined terms used herein shall have the meaning ascribed to them in the respective First Day Motion.

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85004
(602) 256-0400

105013-002/2501865.doc

filed contemporaneously therewith as ECF No. 25.

**NOTICE IS FURTHER GIVEN** that the Court entered an *Order Accelerating Hearing on Debtor's First Day Motions* [ECF No. 28] on December 5, 2014, a copy of which is attached hereto as **Exhibit "1."**

**NOTICE IS FURTHER GIVEN** that the hearing on the First Day Motions will be held before the Honorable Eddward P. Ballinger in the United States Bankruptcy Court located in the U.S. Courthouse and Federal Building, 230 N. First Ave, Courtroom 703, Phoenix, Arizona 85003, on December 10, 2014, at the hour of 10:00 a.m.

**NOTICE IS FURTHER GIVEN** that any and all oppositions to the First Day Motions must be in filed with the Court and served on Debtor through its counsel, Teresa M. Pilatowicz, Gordon Silver, One East Washington Street, Suite 400, Phoenix, Arizona 85004, tpilatowicz@gordonsilver.com on or before Tuesday, December 9, 2014.

**NOTICE IS FURTHER GIVEN** that any and all replies to oppositions to the First Day Motions may be made at the hearing on the First Day Motions.

**NOTICE IS FURTHER GIVEN** that any of the First Day Motions, individually or collectively, may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof.

. . .

. . .

. . .

. . .

. . .

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85004
(602) 256-0400

105013-002/2501865.doc

3

Case 2:14-bk-17914-EPB    Doc 33    Filed 12/05/14    Entered 12/05/14 12:07:39    Desc
Main Document    Page 3 of 7

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85004
(602) 256-0400

**NOTICE IS FURTHER GIVEN** that electronic copies of the above-referenced First Day Motions and the accompanying Omnibus Declaration are available through PACER located at the Court's website at http://ecf.azb.uscourts.gov (PACER account required) or by contacting Teresa Pilatowicz, Esq. at the contact information provided above.

Dated this 5 day of December, 2014.

GORDON SILVER

*(signature)*

THOMAS J. SALERNO, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
(*Pro Hac Pending*)
TERESA M. PILATOWICZ, ESQ.
One East Washington Street, Suite 400
Phoenix, Arizona 85004

and

HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
(*Pro Hac Pending*)
TRISTAN E. MANTHEY, ESQ.
(*Pro Hac Pending*)
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103

*Proposed Attorneys for Debtor*

4

105013-002/2501865.doc

# EXHIBIT 1

GORDON SILVER
THOMAS J. SALERNO, ESQ.
Arizona Bar No.: 007492
Email: tsalerno@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Arizona Bar No.: 024447
Email: tpilatowicz@gordonsilver.com
One East Washington Street, Suite 400
Phoenix, Arizona 85004
Telephone: (602) 256-0400
Facsimile: (602) 256-0345

TALITHA GRAY KOZLOWSKI
Nevada Bar No. 9040 (*Pro Hac Pending*)
Email: tgray@gordonsilver.com
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

HELLER, DRAPER, PATRICK, HORN &
DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
Louisiana Bar No. 10359 (*Pro Hac Pending*)
E-mail: wpatrick@hellerdraper.com
TRISTAN E. MANTHEY, ESQ.
Louisiana Bar No. 24539 (*Pro Hac Pending*)
E-mail: tmanthey@hellerdraper.com
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3300
Facsimile: (504) 299-3399

*Proposed Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Case No. 2:14-BK-17914-EPB |
|---|---|
| SNTECH, INC., a Delaware corporation, | Chapter 11 |
| Debtor. | Date: December 10, 2014<br>Time: 10:00 a.m. |

### ORDER ACCELERATING HEARING ON DEBTOR'S FIRST DAY MOTIONS

Upon the *Motion for Accelerated Hearing on Debtor's First Day Motions* (the "Motion"),[1] filed by SNTech, Inc., debtor and debtor-in-possession ("Debtor"), seeking an order pursuant to 11 U.S.C. § 105(a) of the Bankruptcy Code and Local Rule 9013-1(h) authorizing an accelerated hearing on *Debtor's Emergency Motion Seeking Interim and Final Orders: (1) Authorizing Debtor to Obtain Post-Petition Financing, (2) Granting Liens and Superpriority Administrative Expense, (3) Authorizing Use of Cash Collateral, and (4) Setting and Prescribing*

---
[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85004
(602) 256-0400

105013-001/Version 2492280_2 OST and NOH re First.doc

Case 2:14-bk-17914-EPB   Doc 28   Filed 12/05/14   Entered 12/05/14 08:07:44   Desc
Main Document   Page 1 of 2

Case 2:14-bk-17914-EPB   Doc 33   Filed 12/05/14   Entered 12/05/14 12:07:39   Desc
Main Document   Page 6 of 7

1    *the Form and Manner of Notice For a Final Hearing* and *Emergency Motion for Order: (I)*
2    *Authorizing Debtor to Pay Wages, Salaries, Benefits, Reimbursable Business Expenses, and*
3    *Other Employee Obligations; and (II) Authorizing and Directing Financial Institutions to Honor*
4    *and Process Checks and Transfers Related to Such Obligations;* and upon the *Omnibus*
5    *Declaration of Shannon Bard in Support of Debtor's Chapter 11 Petition First Day Motions*
6    (collectively, the "First Day Motions"); and it appearing that the relief requested in the First Day
7    Motions is necessary to preserve Debtor's ability to operate during the Bankruptcy Case and is in
8    the best interests of Debtor's estate, its creditors, and interest holders; and it appearing that no
9    other or further notice is necessary; and after due deliberation thereon; and good and sufficient
10   cause appearing therefore,

11   IT IS HEREBY ORDERED:

12   1.   The Motion is granted.

13   2.   The Court will conduct a hearing on the First Day Motions on December 10,
14   2014, at 10:00 a.m. in Courtroom 703 of the United States Bankruptcy Court, District of
15   Arizona, located at 230 N. First Avenue, Phoenix, Arizona 85003.

16   3.   Any opposition to the First Day Motions shall be filed and served on Debtor
17   through its counsel, Teresa M. Pilatowicz, Gordon Silver, One East Washington Street, Suite
18   400, Phoenix, Arizona 85004, tpilatowicz@gordonsilver.com on or before
19   December 9, 2014.

20   4.   Any replies to oppositions may be made at the hearing on the First Day Motions.

21   **DATED AND ORDERED AS STATED ABOVE.**

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85007
(602) 256-0400

105013-001/Version 2492280_2 OST and NOH re First.doc

2