GORDON SILVER
THOMAS J. SALERNO, ESQ.
Arizona Bar No.: 007492
TERESA M. PILATOWICZ, ESQ.
Arizona Bar No.: 024447
Email: tpilatowicz@gordonsilver.com
One East Washington Street, Suite 400
Phoenix, Arizona 85004
Telephone: (602) 256-0400
Facsimile: (602) 256-0345

TALITHA GRAY KOZLOWSKI
Nevada Bar No. 9040 (*Pro Hac Pending*)
Email: tgray@gordonsilver.com
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Telephone: (602) 256-0400
Facsimile: (602) 256-0345

HELLER, DRAPER,
PATRICK, HORN & DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
E-mail: wpatrick@hellerdraper.com
Louisiana Bar No. 10359 (*Pro Hac Pending*)
TRISTAN E. MANTHEY, ESQ.
E-mail: tmanthey@hellerdraper.com
Louisiana Bar No. 24539 (*Pro Hac Pending*)
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
Telephone (504) 299-3300
Facsimile (504) 299-3399

*Proposed Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SNTECH, INC., a Delaware corporation,<br><br>Debtor. | Case No.: 2:14-BK-17914-EPB<br>Chapter 11<br><br>Date: January 6, 2015<br>Time: 10:00 a.m. |

**NOTICE OF LODGING ORDER ACCELERATING HEARING ON DEBTOR'S APPLICATION PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014(a) FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF GORDIAN GROUP, LLC TO PROVIDE INVESTMENT BANKING AND FINANCIAL ADVISORY SERVICES ON A PERCENTAGE FEE BASIS, *NUNC PRO TUNC* TO THE PETITION DATE**

PLEASE TAKE NOTICE THAT, pursuant to Local R. Bank. P. 9022-1(b), notice is hereby given that Debtor SNTech, Inc. has lodged with the Court the *Order Accelerating Hearing on Debtor's Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) for Entry of an Order Authorizing the Employment and*

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, AZ 85004
(602) 256-0400

105013-002/5070430

Case 2:14-bk-17914-EPB    Doc 55    Filed 12/11/14    Entered 12/11/14 15:24:34    Desc
Main Document    Page 1 of 5

*Retention of Gordian Group, LLC to Provide Investment Banking and Financial Advisory Services on a Percentage Fee Basis, Nunc Pro Tunc to the Petition Date,* which is attached hereto as **Exhibit "1."**

DATED this 11th day of December, 2014.

GORDON SILVER

*/s/ Teresa M. Pilatowicz*
THOMAS J. SALERNO, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
TERESA M. PILATOWICZ, ESQ.
One East Washington Street, Suite 400
Phoenix, Arizona 85004

and

HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
TRISTAN E. MANTHEY, ESQ.
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103

*Proposed Attorneys for Debtor*

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, AZ 85004
(602) 256-0400

2

105013-002/5070430

Case 2:14-bk-17914-EPB    Doc 55    Filed 12/11/14    Entered 12/11/14 15:24:34    Desc
Main Document    Page 2 of 5

EXHIBIT "1"

| | |
|---|---|
| GORDON SILVER | HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C. |
| THOMAS J. SALERNO, ESQ. | WILLIAM H. PATRICK, III, ESQ. |
| Arizona Bar No.: 007492 | Louisiana Bar No. 10359 (*Admitted Pro Hac*) |
| Email: tsalerno@gordonsilver.com | E-mail: wpatrick@hellerdraper.com |
| TERESA M. PILATOWICZ, ESQ. | TRISTAN E. MANTHEY, ESQ. |
| Arizona Bar No.: 024447 | Louisiana Bar No. 24539 (*Admitted Pro Hac*) |
| Email: tpilatowicz@gordonsilver.com | E-mail: tmanthey@hellerdraper.com |
| One East Washington Street, Suite 400 | 650 Poydras St., Suite 2500 |
| Phoenix, Arizona 85004 | New Orleans, Louisiana 70130 |
| Telephone: (602) 256-0400 | Telephone: (504) 299-3300 |
| Facsimile: (602) 256-0345 | Facsimile: (504) 299-3399 |

TALITHA GRAY KOZLOWSKI
Nevada Bar No. 9040 (*Admitted Pro Hac*)
Email: tgray@gordonsilver.com
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

*Proposed Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SNTECH, INC., a Delaware corporation,<br><br>Debtor. | Case No. 2:14-BK-17914-EPB<br>Chapter 11<br><br><br>Date: January 6, 2015<br>Time: 10:00 a.m. |

**ORDER ACCELERATING HEARING ON DEBTOR'S APPLICATION PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014(a) FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF GORDIAN GROUP, LLC TO PROVIDE INVESTMENT BANKING AND FINANCIAL ADVISORY SERVICES ON A PERCENTAGE FEE BASIS, *NUNC PRO TUNC* <u>TO THE PETITION DATE</u>**

Upon the oral motion for accelerated hearing (the "<u>Motion</u>") to hear the *Debtor's Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) for Entry of an Order Authorizing the Employment of Gordian Group, LLC to*

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85007
(602) 256-0400

105013-001/5070427

Case 2:14-bk-17914-EPB    Doc 55    Filed 12/11/14    Entered 12/11/14 15:24:34    Desc
Main Document    Page 4 of 5

*Provide Investment Banking and Financial Advisory Services on a Percentage Fee Basis, Nunc Pro Tunc to the Petition Date* (the "Application"),[1] by SNTech, Inc., debtor and debtor-in-possession ("Debtor"), seeking an order pursuant to 11 U.S.C. § 105(a) of the Bankruptcy Code and Local Rule 9013-1(h) authorizing an accelerated hearing on the Application; and it appearing that the relief requested in the Motion is in the best interests of Debtor's estate, its creditors, and interest holders; and it appearing that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Court will conduct a hearing on the Application on January 6, 2015, at 10:00 a.m. in Courtroom 703 of the United States Bankruptcy Court, District of Arizona, located at 203 N. First Avenue, Phoenix, Arizona 85003.

3. Any opposition to the Application shall be filed and served on Debtor through its counsel, Teresa M. Pilatowicz, Gordon Silver, One East Washington Street, Suite 400, Phoenix, Arizona 85004, tpilatowicz@gordonsilver.com within fourteen days of service of the *Notice of Hearing* on the Application.

4. Any replies to oppositions may be made at the hearing on the Application.

**DATED AND ORDERED AS STATED ABOVE.**

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85007
(602) 256-0400

105013-001/5070427

2

Case 2:14-bk-17914-EPB    Doc 55    Filed 12/11/14    Entered 12/11/14 15:24:34    Desc
Main Document    Page 5 of 5