GORDON SILVER
THOMAS J. SALERNO, ESQ.
Arizona Bar No.: 007492
Email: tsalerno@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Arizona Bar No.: 024447
Email: tpilatowicz@gordonsilver.com
One East Washington Street, Suite 400
Phoenix, Arizona 85004
Telephone: (602) 256-0400
Facsimile: (602) 256-0345

TALITHA GRAY KOZLOWSKI
Nevada Bar No. 9040 (*Admitted Pro Hac*)
Email: tgray@gordonsilver.com
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

HELLER, DRAPER, PATRICK, HORN &
DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
Louisiana Bar No. 10359 (*Admitted Pro Hac*)
E-mail: wpatrick@hellerdraper.com
TRISTAN E. MANTHEY, ESQ.
Louisiana Bar No. 24539 (*Admitted Pro Hac* )
E-mail: tmanthey@hellerdraper.com
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3300
Facsimile: (504) 299-3399

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CASE NO.: 2:14-BK-17914-EPB |
| SNTECH, INC., a Delaware corporation, | Chapter 11 Proceeding |
| Debtor. | Date: January 6, 2015<br>Time: 10:00 a.m. |

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF ORDERS: (A)(I) APPROVING BID PROCEDURES RELATING TO SALE OF THE DEBTOR'S ASSETS, INCLUDING BID PROTECTIONS; (II) SCHEDULING A HEARING TO CONSIDER THE SALE; (III) APPROVING THE FORM AND MANNER OF NOTICE OF SALE BY AUCTION; (IV) ESTABLISHING PROCEDURES FOR NOTICING AND DETERMINING CURE AMOUNTS; AND (V) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF DEBTOR'S ASSETS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (II) AUTHORIZING THE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND <u>UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF</u>**

**NOTICE IS HEREBY GIVEN** that *Debtor's Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtor's Assets, Including Bid Protections;*

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85004
(602) 256-0400

105013-002/5070714

Case 2:14-bk-17914-EPB    Doc 72    Filed 12/17/14    Entered 12/17/14 10:11:15    Desc
Main Document    Page 1 of 7

1  *(II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice*

2  *of Sale by Auction; (IV) Establishing Procedures for Noticing and Determining Cure Amounts;*

3  *and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Debtor's Assets Outside of*

4  *the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and*

5  *Interests; (II) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts*

6  *and Unexpired Leases; and (III) Granting Related Relief* (the "Motion")[1] [ECF No. 62] was filed

7  on December 16, 2014, by SNTech, Inc., debtor and debtor-in-possession ("Debtor"), by and

8  through its counsel, Gordon Silver and Heller, Draper, Patrick, Horn & Dabney, L.L.C. in the

9  above captioned Chapter 11 case. Through the Motion, Debtor seeks (a) an order substantially in

10  the form attached as Exhibit "A" to the Motion (the "Bid Procedures Order") (i) approving the

11  Bid Procedures, (ii) scheduling the Sale Hearing, (iii) approving the Auction Notice, (iv)

12  establishing procedures to determine cure amounts and deadlines for objections to the

13  assumption and assignment of the Assumed Contracts and Leases and approving the Assumption

14  Notice, and (v) granting related relief; and (b) an order substantially in the form attached as

15  Exhibit "B" to the Motion (the "Sale Order") (i) authorizing and approving the sale of Debtor's

16  Assets, (ii) authorizing the sale free and clear of all liens, claims, encumbrances, and interests,

17  (iii) authorizing the assumption and assignment of the Assumed Contracts and Leases, and (iv)

18  granting related relief.

19      An accelerated hearing on the Motion has been authorized pursuant to the *Order*

20  *Accelerating Hearing on Debtor's Motion for Entry of Orders: (A)(I) Approving Bid Procedures*

21  *Relating to Sale of the Debtor's Assets, Including Bid Protections; (II) Scheduling a Hearing to*

22  *Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; (IV)*

23  *Establishing Procedures for Noticing and Determining Cure Amounts; and (V) Granting Related*

24  *Relief; and (B)(I) Authorizing the Sale of Debtor's Assets Outside of the Ordinary Course of*

25  *Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the*

26

27

---

28  [1] Capitalized terms not otherwise defined herein shall be as defined in the Motion.

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85004
(602) 256-0400

105013-002/5070714

2

Case 2:14-bk-17914-EPB    Doc 72    Filed 12/17/14    Entered 12/17/14 10:11:15    Desc
Main Document    Page 2 of 7

1  *Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and*

2  *(III) Granting Related Relief*, attached hereto as **Exhibit "1"**.

3        **NOTICE IS FURTHER GIVEN** that a hearing on the Motion has been set for the 6th

4  day of January, 2015, at 10:00 a.m., before the Honorable Eddward P. Ballinger, in Courtroom

5  703 of the United States Bankruptcy Court, District of Arizona, 230 North First Avenue, 7th

6  Floor, Phoenix, Arizona 85003.

7        **NOTICE IS FURTHER GIVEN** that objections to the Motion must be made in writing

8  and filed with the Bankruptcy Court on or before December 29, 2014, and any replies to

9  oppositions may be made no later than January 5, 2015. Failure to file an objection may cause

10  the Court to vacate the hearing and grant the requested relief if no timely objection is served and

11  filed. Any objections must be served on Debtor by delivering copies to:

12
Teresa M. Pilatowicz, Esq.
GORDON SILVER
13
One East Washington, Suite 400
Phoenix, Arizona 85004
14
tpilatowicz@gordonsilver.com
(602) 256-0400
15

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85004
(602) 256-0400

105013-002/5070714

3

Case 2:14-bk-17914-EPB    Doc 72    Filed 12/17/14    Entered 12/17/14 10:11:15    Desc
Main Document    Page 3 of 7

1    **NOTICE IS FURTHER GIVEN** that an electronic copy of the above-referenced

2    Application is available through PACER located at the Court's website at http://azb.uscourts.gov

3    (PACER account required) and may be downloaded for viewing or printing with Adobe®

4    Acrobat® Reader, or you may contact the office of the attorney for the Debtor at (602)

5    256-0400.

6         RESPECTFULLY SUBMITTED this _17_ day of December, 2014.

7                                                GORDON SILVER

8

9                                                THOMAS J. SALERNO, ESQ.
                                                 TALITHA GRAY KOZLOWSKI, ESQ.
                                                 *(Admitted Pro Hac)*
10                                               TERESA M. PILATOWICZ, ESQ.
                                                 One East Washington Street, Suite 400
11                                               Phoenix, Arizona 85004

12                                               and

13                                               HELLER, DRAPER, PATRICK, HORN &
                                                 DABNEY, L.L.C.
14                                               WILLIAM H. PATRICK, III, ESQ.
15                                               *(Admitted Pro Hac)*
                                                 TRISTAN E. MANTHEY, ESQ.
16                                               *(Admitted Pro Hac)*
                                                 650 Poydras Street, Suite 2500
17                                               New Orleans, Louisiana 70130-6103

18                                               *Attorneys for Debtor*

19

20

21

22

23

24

25

26

27

28

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85004
(602) 256-0400

105013-002/5070714

4

Case 2:14-bk-17914-EPB    Doc 72    Filed 12/17/14    Entered 12/17/14 10:11:15    Desc
Main Document    Page 4 of 7

# EXHIBIT "1"

GORDON SILVER
THOMAS J. SALERNO, ESQ.
Arizona Bar No.: 007492
Email: tsalerno@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Arizona Bar No.: 024447
Email: tpilatowicz@gordonsilver.com
One East Washington Street, Suite 400
Phoenix, Arizona 85004
Telephone: (602) 256-0400
Facsimile: (602) 256-0345

TALITHA GRAY KOZLOWSKI
Nevada Bar No. 9040 (*Admitted Pro Hac*)
Email: tgray@gordonsilver.com
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
Louisiana Bar No. 10359 (*Admitted Pro Hac*)
E-mail: wpatrick@hellerdraper.com
TRISTAN E. MANTHEY, ESQ.
Louisiana Bar No. 24539 (*Admitted Pro Hac*)
E-mail: tmanthey@hellerdraper.com
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3300
Facsimile:  (504) 299-3399

*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SNTECH, INC., a Delaware corporation,<br><br>    Debtor. | Case No. 2:14-BK-17914-EPB<br>Chapter 11<br><br><br><br>Hearing Date:  January 6, 2015<br>Hearing Time:  10:00 a.m. |

**ORDER ACCELERATING HEARING ON DEBTOR'S MOTION FOR ENTRY OF ORDERS: (A)(I) APPROVING BID PROCEDURES RELATING TO SALE OF THE DEBTOR'S ASSETS, INCLUDING BID PROTECTIONS; (II) SCHEDULING A HEARING TO CONSIDER THE SALE; (III) APPROVING THE FORM AND MANNER OF NOTICE OF SALE BY AUCTION; (IV) ESTABLISHING PROCEDURES FOR NOTICING AND DETERMINING CURE AMOUNTS; AND (V) GRANTING RELATED RELIEF; AND (B)(I)AUTHORIZING THE SALE OF DEBTOR'S ASSETS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (II) AUTHORIZING THE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF**

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, AZ 85004
(602) 256-0400

105013-002/2512069.doc

Case 2:14-bk-17914-EPB    Doc 79    Filed 12/16/14    Entered 12/17/14 09:37:33    Desc
Main Document    Page 6 of 7

1    Upon the *Ex Parte Motion for Accelerated Hearing on Debtor's Motion for Entry of*
2    *Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtor's Assets, Including Bid*
3    *Protections; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and*
4    *Manner of Notice of Sale by Auction; (IV) Establishing Procedures for Noticing and*
5    *Determining Cure Amounts; and (V) Granting Related Relief; and (B)(I)Authorizing the Sale of*
6    *Debtor's Assets Outside of the Ordinary Course of Business Free and Clear of all Liens, Claims,*
7    *Encumbrances, and Interests; (II) Authorizing the Assumption, Sale and Assignment of Certain*
8    *Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* (the "Motion"),
9    filed by SNTech, Inc., debtor and debtor-in-possession ("Debtor"), seeking an order pursuant to
10    11 U.S.C. § 105(a) of the Bankruptcy Code and Local Rule 9013-1(h) authorizing an accelerated
11    hearing on the Bid Procedures Motion;[1] and it appearing that the relief requested in the Motion is
12    in the best interests of Debtor's estate, its creditors, and interest holders; and it appearing that no
13    other or further notice is necessary; and after due deliberation thereon; and good and sufficient
14    cause appearing therefor,

15    IT IS HEREBY ORDERED:

16    1.    The Motion is granted.

17    2.    The Court will conduct a hearing on the Bid Procedures Motion on January 6,
18    2015, at 10:00 a.m. in Courtroom 703 of the United States Bankruptcy Court, District of
19    Arizona, located at 203 N. First Avenue, Phoenix, Arizona 85003.

20    3.    Any opposition to the Application shall be filed and served on Debtor through its
21    counsel, Teresa M. Pilatowicz, Gordon Silver, One East Washington Street, Suite 400, Phoenix,
22    Arizona 85004, tpilatowicz@gordonsilver.com no later than _____December 29,_____
23    2014__.

24    4.    Any replies to oppositions may be made no later than ____January 5,____
25    2015__.

26    **DATED AND ORDERED AS STATED ABOVE.**

27

28

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

(left margin)
Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, AZ 85004
(602) 256-0400

2

105013-002/2512069.doc

Case 2:14-bk-17914-EPB   Doc 79   Filed 12/16/14   Entered 12/17/14 09:37:38   Desc
Main Document   Page 2 of 2