# United States Bankruptcy Court
## District of Arizona

In re: SNTech, Inc., Debtor

Case No. 14-bk-17914-EPB

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Byun Dong Gang<br>102-204 Hyundae Samhwan Apt<br>Pungam-dong Seo-gu Gwangju<br>KOREA | Common | 26,072 | |
| Byun Dong Mi<br>102-205 Hyundae Samhwan Apt<br>Pungam-dong Seo-gu Gwangju<br>KOREA | Common | 10,000 | |
| Byun Eo Jin<br>102-204 Hyundae Samhwan Apt<br>Pungam-dong Seo-gu Gwangju<br>KOREA | Common | 2,000 | |
| Byun Jong Il<br>12-204 Hyundae Samhwan APT<br>Pungamdong Seogu Gwangju<br>KOREA | Common | 2,000 | |
| Byun You Jeong<br>12-204 Hyundae Samhwan APT<br>Pungamdong Seogu Gwangju<br>KOREA | Common | 2,000 | |
| Ching-I Wang<br>23 Lam 84 Junying St.<br>Shulin City<br>TAIWAN | Common | 33,093 | |
| Cho Sang Hyeon<br>1422-406 Mokdong Apt.<br>Sinjeong-dong Yangcheon-gu<br>KOREA | Common | 1,000 | |
| Choi Chim Eo<br>952-20 Wolsan4-dong<br>Nam-gu Gwangju<br>KOREA | Common | 2,000 | |
| Don J. Carnegie and Ardelle C. St. Georg<br>5405 Alton Parkway<br>Suite 5A #540<br>Irvine, CA 92604 | Preferred B | 96,585 | |

5 continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    SNTech, Inc.                                                                    ,    Case No.   14-bk-17914-EPB
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ergo Strategic Partners Attn: Peter Poly<br>3720 S. Susan Street<br>Ste 100<br>Santa Ana, CA 92704 | Preferred B | 562,100 | |
| Forever 7 LLC Attn: Chris Zaharis<br>1725 S. Country Club Dr.<br>Mesa, AZ 85210 | Preferred B | 420,488 | |
| Greener Capital Partners II, LP Attn: To<br>645 Buena Vista Way<br>Laguna Beach, CA 92651 | Preferred B | 1,219,866 | |
| Hong Ja Hyang<br>103-602 Ssangyong Apt<br>Bongseon-dong Nam-gu Gwangju<br>KOREA | Common | 9,000 | |
| Hong Seong Joon<br>103-602 Ssangyong Apt<br>Bongseon-dong Nam-gu Gwangju<br>KOREA | Common | 10,000 | |
| Hong Seong Min<br>103-601 Ssangyong Apt<br>Bongseon-dong Nam-gu Gwangju<br>KOREA | Common | 10,000 | |
| James Jeung<br>9718 Walker Ct<br>Cypress, CA 90640 | Common | 671,142 | |
| Jang Yong Yun<br>101-1502 Geumpo Apt 1072<br>Hwajeong-dong Seo-gu Gwangju<br>KOREA | Common | 7,800 | |
| Kang Hyun Suk<br>108-1302 Sambu APT 4663 Sujin-dong<br>Sujeong-gu Seongnam-City Gwangju<br>KOREA | Common | 3,250 | |
| Kang Jin Goo<br>108-1302 Sambu Apt 4662, Sujin-dong<br>Sujeong-gu Seongnam-city Gwangju<br>KOREA | Common | 3,250 | |
| Kang Sung Youl<br>108-1302 Sambu APT 4663 Sujin-dong<br>Sujeong-gu Seongnam-City Gwangju<br>KOREA | Common | 54,730 | |

Sheet   1   of   5   continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

In re  SNTech, Inc. , Case No. 14-bk-17914-EPB
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ki Hyeong Do<br>101-602 Gwangmyung Haits<br>Ssangchon-dong Seo-gu Gwangju<br>KOREA | Common | 1,000 | |
| Kim Chang Hwan<br>115-1301 Samik APT<br>Donglim-dong Buk-gu Gwangju-city<br>KOREA | Common | 9,200 | |
| Kim Hyun Jeong<br>236 Yonggang-ri<br>Hwasun-gun Jeonnam<br>KOREA | Common | 6,000 | |
| Kim Min Suk<br>101-309 Dongsan APT 414<br>Nongsung1-dong Seo-gu Gwangju<br>KOREA | Common | 8,000 | |
| Kim Seong Woo<br>105-1505 Daejuparkvile<br>1057 Yongbong-dong Buk-gu Gwangju<br>KOREA | Common | 22,030 | |
| Kim Yang Soo<br>304-802 Buyeong APT<br>Okam-dong Mokpo-city<br>KOREA | Common | 2,000 | |
| Lee Jung Sang<br>3-605 Seocho Hanyang Apt.<br>Banpo-dong Seocho-gu Seoul<br>KOREA | Common | 2,000 | |
| Lee Ki Chun<br>303-1402 Samik 3cha APT<br>Jinwoldong Namgu Gwangju<br>KOREA | Common | 1,000 | |
| Lim In Cheol<br>602-1401 Mujikgae Village<br>225 Gumi-dong Gwangmyung-City Gyeonggi-d<br>KOREA | Common | 1,000 | |
| Lim Yeon Hee<br>B02 Jelra Villa, 79-5 Gwangmyung2-dong<br>Gwangmyung-City Gyeonggi-do<br>KOREA | Common | 1,000 | |

In re  SNTech, Inc. , Case No. 14-bk-17914-EPB
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Moon Hyung Joo<br>112-1709 jongwon Palicevile<br>240-2 Geumho-dong Seo-gu Gwangju<br>KOREA | Common | 61,230 | |
| Mun Hyung Bin<br>401 Conghovilla<br>Geumho-Cong 2 ga Seongdong-gu Seoul<br>KOREA | Common | 4,300 | |
| Mun Yu Ha<br>112-1709 Jongwon Palicevile<br>240-2 Geumho-dong Seo-gu Gwangju<br>KOREA | Common | 2,000 | |
| Mun Yu Sik<br>112-1709 Jongwon Palicevile<br>240-2 Geumho-dong Seo-gu Gwangju<br>KOREA | Common | 2,000 | |
| Navitas Capital I, LP Attn: Travis Putna<br>11990 San Vicente Blvd.<br>Ste 350<br>Los Angeles, CA 90049 | Preferred B | 597,556 | |
| Noh Hye Kyung<br>110-401 Linegdonsan APT<br>Hwajeong4-dong Seo-gu Gwangju<br>KOREA | Common | 7,800 | |
| Oo Hyeong Soo<br>430 Geumhoworld<br>12-17 Hwajeongdong Seogu Gwangju<br>KOREA | Common | 13,130 | |
| Pendleton Capital Partners, LLC Attn: Ch<br>1725 S. Country Club Dr.<br>Mesa, AZ 85210 | Preferred B | 111,051 | |
| Robert Marshall Family Limited Partnersh<br>158 Sunkist Lane<br>Los Altos, CA 94022 | Preferred B | 281,050 | |
| Ryu Hee Kyoung<br>102-203 Wooseong APT<br>Howondong Uijeongbu city Gyenggido<br>KOREA | Common | 1,820 | |
| SAIL Exit Partners LLC<br>3161 Michelson Dr.<br>Ste 750<br>Irvine, CA 92612 | Preferred A-1 | 1,057,246 | |

Sheet  3   of   5   continuation sheets attached to the List of Equity Security Holders

In re   SNTech, Inc. ,                                          Case No.   14-bk-17914-EPB
                                   Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SAIL Exit Partners, LLC<br>c/o Hank Habicht<br>3161 Michelson Dr., Ste. 750<br>Irvine, CA 92616 | Preferred A-2 | 86,636 | |
| SAIL Exit Partners, LLC<br>c/o Hank Habicht<br>3161 Michelson Dr., Ste. 750<br>Irvine, CA 92616 | Preferred A-3 | 746,438 | |
| SAIL Exit Partners, LLC<br>c/o Hank Habicht<br>3161 Michelson Dr., Ste. 750<br>Irvine, CA 92616 | Preferred B | 7,703,587 | |
| SAIL Exit Partners, LLC<br>c/o Hank Habicht<br>3161 Michelson Dr., Ste. 750<br>Irvine, CA 92616 | Common | 54,902 | |
| SAIL Holdings, LLC<br>3161 Michelson Dr.<br>Ste 750<br>Irvine, CA 92612 | Preferred B | 631,503 | |
| SAIL Pre-Exit Acceleration Fund II, LP<br>3161 Michelson Dr.<br>Ste 750<br>Irvine, CA 92612 | Preferred B | 55,514 | |
| Shannon Bard<br>7632 Hummingbird Ln<br>Paradise Valley, AZ 85253 | Common | 4,000 | |
| Song Sang Hyun<br>101-201 Jungheung Park<br>Unamdong Bukgu Gwangju<br>KOREA | Common | 18,920 | |
| Summit Real Estate Investments LLC Attn:<br>1725 S. Country Club Dr.<br>Mesa, AZ 85210 | Preferred B | 41,644 | |
| Wang Sung Suk<br>102-206 Woobank Apt 357<br>Hagyedong Nowongu Seoul<br>KOREA | Common | 1,000 | |
| Wild Rose Irrevocable Trust Attn: Chris<br>1725 S. Country Club Dr.<br>Mesa, AZ 85210 | Preferred B | 124,932 | |

Sheet   4   of   5   continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                                                      Best Case Bankruptcy

In re     SNTech, Inc.                                                                 Case No.   14-bk-17914-EPB
_____,
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| Yang Bo Ra<br>104-607 Onsegyejoum Apt 223<br>Songjeondong Gwangdangu Gwangju<br>KOREA | Common | 6,000 | |
| Yang Dae Hyung<br>DaeyouDaelim Apartment 302-301<br>113-7 Ildoidong Jeju-city Jeju-do<br>KOREA | Common | 10,000 | |
| Yang Kang Hyun<br>DaeyouDaelim Apartment 302-301<br>113-7 Ildoidong Jeju-city Jeju-do<br>KOREA | Common | 71,230 | |
| Yang Soo Hyun<br>118, 2-Ka, Namdaemun-Ro<br>Chung-Ku Seoul<br>KOREA | Common | 24,000 | |
| Yi Jeong Lan<br>3-605 Seocho Hanyang Apt<br>Banpo-dong Seocho-gu Seoul<br>KOREA | Common | 23,158 | |
| Yoon Moon Sang<br>101-1402 Ssangyongyega<br>Yongbongdong Bukgu Gwangju<br>KOREA | Common | 15,943 | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

    I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that
I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and
belief.

Date___December 17, 2014_____     Signature____Shannon Bard_____
                                                      Shannon Bard
                                                      Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                        18 U.S.C §§ 152 and 3571.

Sheet __5__ of __5__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy