ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

LARRY L. WATSON (CA BAR No. 193531)
Trial Attorney
230 N. First Ave, Suite 204
Phoenix, Arizona 85003
E-mail: larry.watson@usdoj.gov
(602) 682-2607

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings under Chapter 11 |
| | ) | |
| SNTECH, INC., a Delaware corporation, | ) | Case No. 2:14-bk-17914-EPB |
| | ) | |
| | ) | **APPOINTMENT OF OFFICIAL** |
| Debtor. | ) | **COMMITTEE OF UNSECURED** |
| | ) | **CREDITORS** |
| | ) | |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above- captioned debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the official committee of unsecured creditors:

1. **ElectroCraft Arkansas, Inc.**
   C\O Aaron Cahn
   Carter Ledyard & Milburn, LLP
   Two Wall Street, NY, NY 10005
   Tel: 212-238-8629
   Cahn@clm.com

1

**2. S.U.S. Cast Products, Inc.**
   C\O Kenneth Merlau
   P.O. Box 268
   Logansport, IN  46947
   Tel: 574-753-4111
   Fax: 574-753-4112
   JR.Merlau@suscastproducts.com

   **3. Regal-Beloit Corporation**
   C\O Peter Underwood
   200 State St.
   Beloit, WI  53511
   Tel: 608-361-7404
   Fax: 608-364-8818
   peter.underwood@regalbeloit.com


   RESPECTFULLY SUBMITTED this 19th day of December, 2014.

                                                       ILENE J. LASHINSKY
                                                      United States Trustee
                                                      District of Arizona


                                                    /s/ Larry L. Watson
                                                  LARRY L.WATSON
                                                  Trial Attorney