Warren J. Stapleton, 018646
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
E-mail:   wstapleton@omlaw.com

Attorneys for Osborn Maledon, P.A.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 Proceeding |
| SNTECH, INC., a Delaware Corporation, | No. 2:14-bk-17914-EPB |
| Debtor, | **NOTICE OF APPEARANCE** |

The law firm of Osborn Maledon PA ("OM") hereby gives notice of appearance as an unsecured creditor in the above-captioned proceeding. OM requests that all pleadings, notices, orders and other items of record be sent to the following attorney:

> Warren J. Stapleton
> Osborn Maledon PA
> 2929 N Central Ave, 21st Floor
> Phoenix AZ 85012
> E-mail: wstapleton@omlaw.com

DATED this 19th day of December, 2014

OSBORN MALEDON, P.A.

By   /s/Warren J. Stapleton
   Warren J. Stapleton
   2929 N Central Ave 21st Floor
   Phoenix, Arizona  85012-2793

Attorneys for Osborn Maledon, PA

1

| | | |
|---|---|---|
| 1 | COPY of the foregoing sent via e-mail and/or U.S. Mail this 19th day of December, 2014 | |
| 2 | | |
| 3 | Tristan E. Manthey<br>Cherie Dessauer Nobles<br>William H. Patrick III<br>Heller Draper Patrick Horn & Dabney, LLC<br>650 Poydras St Ste 2500<br>New Orleans, LA 70130<br>*Attorneys for Debtor* | Teresa M. Pilatowicz<br>Gordon Silver<br>1 E Washington St Ste 400<br>Phoenix AZ 85004<br>*Attorneys for Debtor* |
| 7 | Larry L. Watson<br>Office Of The U.S. Trustee<br>230 N First Ave Ste 204<br>Phoenix AZ 85003-1706 | David D. Cleary<br>Greenberg Traurig, LLP<br>2375 E Camelback Rd Ste 2375<br>Phoenix AZ 85016<br>*Attorneys for Brent Roland and Roland Interests, LLC* |
| 10 | Bryan A. Albue<br>Sherman & Howard, L.L.C.<br>201 E Washington St Ste 800<br>Phoenix AZ 85004-2327<br>*Attorneys for Municipal Employees Retirement System of Louisiana* | Christopher R. Kaup<br>Tiffany Bosco<br>2525 E Camelback Rd 7th Floor<br>Phoenix AZ 85016-4237<br>*Attorneys for Creditor Capflow Funding Group* |
| 14 | J. Eric Lockridge<br>Kean Miller, LLP<br>400 Convention Street, Suite 700<br>Baton Rouge, Louisiana, 70802<br>*Attorneys for Municipal Employees Retirement System of Louisiana (MERS)* | |

/s/ Peggy L. Nieto

5732075v1