GORDON SILVER
THOMAS J. SALERNO, ESQ.
Arizona Bar No.: 007492
Email: tsalerno@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Arizona Bar No.: 024447
Email: tpilatowicz@gordonsilver.com
One East Washington Street, Suite 400
Phoenix, Arizona 85004
Telephone: (602) 256-0400
Facsimile: (602) 256-0345

TALITHA GRAY KOZLOWSKI
Nevada Bar No. 9040 (*Admitted Pro Hac*)
Email: tgray@gordonsilver.com
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
Louisiana Bar No. 10359 (*Admitted Pro Hac*)
E-mail: wpatrick@hellerdraper.com
TRISTAN E. MANTHEY, ESQ.
Louisiana Bar No. 24539 (*Admitted Pro Hac*)
E-mail: tmanthey@hellerdraper.com
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3300
Facsimile: (504) 299-3399

*Attorneys for Debtor*

**SO ORDERED.**

**Dated: January 7, 2015**

**Eddward P. Ballinger Jr., Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SNTECH, INC., a Delaware corporation,<br><br>Debtor. | Case No.: 2:14-BK-17914-EPB<br>Chapter 11<br><br>Hearing:<br>Date: January 6, 2015<br>Time: 10:00 a.m. |

**ORDER GRANTING EMERGENCY MOTION FOR ADDITIONAL DEBTOR-IN-POSSESSION FINANCING IN ACCORDANCE WITH THE TERMS OF THE INTERIM DIP FINANCING ORDER [ECF NO. 80]**

SNTech, Inc. ("Debtor") filed its *Emergency Motion for Additional Debtor-in-Possession Financing in Accordance with the Terms of the Interim DIP Financing Order [ECF No. 80]* [ECF No. 115] (the "Emergency Motion")[1] pursuant to 11 U.S.C. § 105, 363, and 364, seeking additional Debtor-in-Possession financing in the amount of $60,000, which Emergency Motion came on for hearing before the above-captioned Court on January 6, 2015, at 10:00 a.m. (the

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Emergency Motion.

"Hearing"). All appearances were noted in the record of the Hearing. The Court reviewed and considered the Emergency Motion and the supporting declaration of Shannon Bard [ECF No. 116], as well as the argument of counsel presented at the Hearing. The Court, having stated its findings of fact and conclusions of law on the record at the Hearing, including having found that Debtor will suffer immediate and irreparable harm if the Emergency Motion is not granted, which findings of fact and conclusions of law are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Emergency Motion is granted in its entirety.

2. Section F of the Interim DIP Order [ECF No. 80] is amended to replace $301,628.00 with the sum of $361,628.00.

3. The additional $60,000.00 authorized to be advanced by this Order is reasonable and necessary; the Interim DIP Order is amended to provide that the Liens, Claims, and Superpriority Claims granted under the Interim DIP Order specifically include the funds authorized by this Order, and that all such Liens, Claims, and Superpriority Claims granted by the Interim Order, as amended here, attach to the assets purchased by the Debtor from SNTech Korea; and the granting of such Liens, Claims, and Superpriority Claims by this Order is final in all respects, not subject to further challenge or review, and fully protected by Section 364(e).

4. Debtor is authorized to enter into the Purchase Agreement attached as Exhibit "A" to the Emergency Motion in order to purchase the assets identified therein from SNTech Korea, who will then use the sale proceeds to pay the Korean Wage Obligations.

5. Debtor is authorized to undertake the actions necessary to effectuate the sale contemplated by the Purchase Agreement.

6. Nothing herein alters the rights of the Official Committee of Unsecured Creditors under the Interim DIP Order [ECF No. 80].

**DATED AND ORDERED AS STATED ABOVE.**

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, AZ 85004
(602) 256-0400

2

105013-002/Revised Order re Emergency DIP Motion v2

Case 2:14-bk-17914-EPB    Doc 130    Filed 01/07/15    Entered 01/07/15 17:54:15    Desc
Main Document    Page 2 of 2