GORDON SILVER
THOMAS J. SALERNO, ESQ.
Arizona Bar No.: 007492
Email: tsalerno@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Arizona Bar No.: 024447
Email: tpilatowicz@gordonsilver.com
One East Washington Street, Suite 400
Phoenix, Arizona 85004
Telephone: (602) 256-0400
Facsimile: (602) 256-0345

TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040 (*Admitted Pro Hac*)
Email: tgray@gordonsilver.com
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
Louisiana Bar No. 10359 (*Admitted Pro Hac*)
E-mail: wpatrick@hellerdraper.com
TRISTAN E. MANTHEY, ESQ.
Louisiana Bar No. 24539 (*Admitted Pro Hac*)
E-mail: tmanthey@hellerdraper.com
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3300
Facsimile: (504) 299-3399

*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SNTECH, INC., a Delaware corporation,<br><br>Debtor. | CASE NO.: 2:14-BK-17914-EPB<br><br>Chapter 11 Proceeding |

**NOTICE OF BID PROCEDURES, AUCTION DATE, AND SALE HEARING**

**PLEASE TAKE NOTICE** that on December 15, 2014, SNTech, Inc., debtor and debtor-in-possession ("Debtor") filed *Debtor's Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtor's Assets, Including Bid Protections; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; (IV) Establishing Procedures for Noticing and Determining Cure Amounts; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Debtor's Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and*

*Unexpired Leases; and (III) Granting Related Relief* [ECF No. 62] (the "Bid Procedures Motion")[1] with the United States Bankruptcy Court for the District of Arizona (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that by order dated January 9, 2015, the Bankruptcy Court approved the Bid Procedures and the Bid Procedures Motion [ECF No. 138] (the "Bid Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that Debtor will hold an Auction of its Assets free and clear of all liens, claims, encumbrances, and other "interests" within the meaning of 11 U.S.C. § 363(f) on February 25, 2015, at 10:00 a.m. (MST), which Auction shall be organized and conducted by Debtor at Gordon Silver, One East Washington, Suite 400, Phoenix, Arizona 85004, or such other location as may be announced prior to the Auction to all Qualified Bidders, the DIP Lender, the U.S. Trustee, and any Committee.

**PLEASE TAKE FURTHER NOTICE** Debtor, in consultation with the DIP Lender and the Committee, may select a Stalking Horse in accordance with the Bid Procedures and may grant the Bid Protections set forth in the Bid Procedures; provided, however, that the Bid Protections shall be subject in all respects to the approval of the Bankruptcy Court after notice and a hearing, which hearing will be set within one week of the filing of a motion seeking approval of the specific Bid Protections sought to be provided to the Stalking Horse. As set forth in the Bid Procedures, even if a Stalking Horse is selected, the Sale of the Assets remains subject to any other Bids from Qualified Bidder(s), and subject to higher or better bids.

**PLEASE TAKE FURTHER NOTICE** that all interested parties are invited to submit a Qualified Bid and to make offers to purchase the Assets in accordance with the terms of the Bid Procedures attached hereto as **Exhibit "A"** and the Bid Procedures Order. The deadline to submit bids (the "Bid Deadline") is February 23, 2015, at 5:00 p.m. (MST).

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Bid Procedures Motion.

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85004
(602) 256-0400

105013-002/2512061_4.doc

2

Case 2:14-bk-17914-EPB    Doc 140    Filed 01/12/15    Entered 01/12/15 13:30:37    Desc
Main Document    Page 2 of 4

**PLEASE TAKE FURTHER NOTICE** that prior to the Bid Deadline, a Qualified Bidder that desires to make a Bid shall deliver written copies of its Bid to *everyone* identified in subparagraghs (a) through (g) below:

    (a) Shawn O'Brien, Gordian Group LLC, 950 Third Avenue, New York, New York 10022, so@gordiangroup.com;

    (b) Peter Kaufman, Gordian Group LLC, 950 Third Avenue, New York, New York 10022, psk@gordiangroup.com;

    (c) David Herman, Gordian Group LLC, 950 Third Avenue, New York, New York 10022, dh@gordiangroup.com;

    (d) Teresa Pilatowicz, Gordon Silver, One East Washington, Ste. 400, Phoenix, Arizona 85004, tpilatowicz@gordonsilver.com;

    (e) William Patrick, III, Heller, Draper, Patrick, Horn & Dabney, LLC, 650 Poydras Street, Ste. 2500, New Orleans, Louisiana 70130, wpatrick@hellerdraper.com;

    (f) J. Eric Lockridge, Kean Miller LLP, 400 Convention Street, Suite 700, Baton Rouge, Louisiana 70802, eric.lockridge@keanmiller.com; and

    (g) Bradley J. Stevens, Jennings, Strouss & Salmon, P.L.C., One East Washington, Suite 1900, Phoenix, Arizona 85004, bstevens@jsslaw.com.

**PLEASE TAKE FURTHER NOTICE** after the Bid Deadline, Debtor, in its sole discretion, but in consultation with the DIP Lender and any Committee, shall determine which Qualified Bid represents the then-highest or otherwise best bid (the "<u>Initial Highest Bid</u>," and the entity submitting such Bid, the "<u>Initial Highest Bidder</u>"). Prior to or at the start of the Auction, each Qualified Bidder that timely submitted a Qualified Bid will be advised of such Initial Highest Bid and Debtor may: (a) distribute copies of other Qualified Bids to other Qualified Bidders prior to or during the Auction; or (b) proceed with the open or sealed bidding process set forth in the Bidding Procedures Order to the extent authorized therein.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Sale must: (a) be in writing; (b) clearly specify the grounds for the objection; (c) comply with the Bankruptcy Rules and the Local Rules; (d) be filed with the Clerk of the United States

**Gordon Silver**
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85004
(602) 256-0400

105013-002/2512061_4.doc

3

Case 2:14-bk-17914-EPB   Doc 140   Filed 01/12/15   Entered 01/12/15 13:30:37   Desc
Main Document    Page 3 of 4

Bankruptcy Court for the District of Arizona, 230 N. First Ave., Ste. 101, Phoenix, Arizona 85003; and (d) be served so as to be received by: (1) counsel for Debtor, Teresa M. Pilatowicz: tpilatowicz@gordonsilver.com and William H. Patrick, III: wpatrick@hellerdraper.com; (2) counsel for the DIP Lender, Eric Lockridge: eric.lockridge@keanmiller.com; (3) counsel for the Committee, Brad Stevens: bstevens@jsslaw.com; (4) counsel for the United States Trustee, Larry L. Watson: larry.watson@usdoj.gov, and (5) all parties entitled to notice pursuant to Bankruptcy Rule 2002, in accordance with Local Bankruptcy Rule 2002-1(b) by **February 12, 2015;** provided, however, that any such objections may be supplemented at the time of the Sale Hearing (defined below).

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing shall be conducted by the Bankruptcy Court **on February 26, 2015, at 10:00 a.m. (MST)** (the "Sale Hearing"), or on such other date as the Court may direct. Requests for any information concerning the sale of the Assets should be directed by written request to Debtor's undersigned counsel.

DATED this 12th day of January, 2015.

GORDON SILVER

*/s/ Talitha Gray Kozlowski*
THOMAS J. SALERNO, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
(*Admitted Pro Hac*)
TERESA M. PILATOWICZ, ESQ.
One East Washington Street, Suite 400
Phoenix, Arizona 85004

and

HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
(*Admitted Pro Hac*)
TRISTAN E. MANTHEY, ESQ.
(*Admitted Pro Hac*)
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103

*Attorneys for Debtor*

**Gordon Silver**
Attorneys At Law
One East Washington
Suite 400
Phoenix, Arizona 85004
(602) 256-0400

105013-002/2512061_4.doc

4

Case 2:14-bk-17914-EPB    Doc 140    Filed 01/12/15    Entered 01/12/15 13:30:37    Desc
Main Document    Page 4 of 4