Robert J. Miller, Esq. (#013334)
Justin A. Sabin, Esq. (#026359)
Amanda Cartwright, Esq. (#030488)
**BRYAN CAVE LLP**
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Internet: rjmiller@bryancave.com
justin.sabin@bryancave.com
amanda.cartwright@bryancave.com

Counsel for SAIL Exit Partners, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 |
| SNTECH, INC., a Delaware corporation, | Case No. 2:14-bk-17914-EPB |
| Debtor. | **LIMITED OBJECTION AND RESERVATION OF RIGHTS WITH RESPECT TO THE SALE OF THE DEBTOR'S ASSETS** |
| | Hearing Date: February 26, 2015<br>Hearing Time: 10:00 a.m. |

SAIL Exit Partners, LLC ("SAIL"), secured creditor in this chapter 11 proceeding, by and through its counsel undersigned, hereby files this limited objection and reservation of rights with respect to the Debtor's proposed sale of its assets pursuant to (A) *Debtor's Motion for Entry of Orders: (a)(i) Approving Bid Procedures Relating to Sale of the Debtor's Assets, Including Bid Protections; (ii) Scheduling a Hearing to Consider the Sale; (iii) Approving the Form and Manner of Notice of Sale By Auction; (iv) Establishing Procedures for Noticing and Determining Cure Amounts; and (v) Granting Related Relief; and (b)(i)Authorizing the Sale of Debtor's Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; (ii) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (iii) Granting Related Relief* filed by the Debtor

on December 16, 2014 [DE #62] (the "Motion") and (B) the *Order: (i) Approving Bid Procedures Relating to Sale of the Debtor's Assets, Including Bid Protections; (ii) Scheduling a Hearing to Consider the Sale; (iii) Approving the Form and Manner of Notice of Sale By Auction; (iv) Establishing Procedures for Noticing and Determining Cure Amounts; and (v) Granting Related Relief* entered by the Court on January 12, 2015 [DE #138] (the "Order"). In support of this limited objection and reservation of rights, SAIL respectfully submits as follows:

1. SAIL holds claims against the Debtor and its estate based upon certain pre-petition loans made by SAIL to the Debtor, which claims are secured by all or substantially all of the Debtor's assets.

2. Pursuant to the Motion and the Order, the Debtor is in the process of marketing and selling its assets pursuant to section 363 of the Bankruptcy Code. An auction is scheduled for February 25, 2015, and a hearing on the proposed sale is scheduled for February 26, 2015. Pursuant to the Order, however, objections to the sale are due by February 12, 2015 and any supplemental objections may be presented at the February 26 sale hearing. [Order ¶ 17]

3. SAIL is supportive of a fair and efficient process for the marketing and sale of the Debtor's assets with all rights, liens, and interests to attach to the proceeds of such sale. At this point, however, it appears that the Debtor has not located a stalking horse bidder and there simply is no information regarding the sale price or other sale terms that this process might yield. Furthermore, neither the Motion nor the Order explicitly address secured creditors' rights to credit bid at the auction of the Debtor's assets.

4. Accordingly, out of an abundance of caution and as constrained by today's deadline to file this limited objection and reservation of rights, SAIL hereby reserves its rights to (i) object to the sale of the Debtor's assets once the sales price and terms become known, (ii) raise any further or other objections to the sale of the Debtor's assets at the sale hearing set for February 26, 2015, and (iii) credit bid at the auction of the Debtor's assets pursuant to section 363(k) of the Bankruptcy Code and applicable law (and hereby objects to the extent the Debtor or any other party might claim that SAIL has no right to credit bid at such auction).

DATED this 12th day of February, 2015.

BRYAN CAVE LLP

By: /s/ JAS, #026359
Robert J. Miller
Justin A. Sabin
Amanda Cartwright
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Counsel for SAIL Exit Partners, LLC

COPY of the foregoing served via e-mail this 12th day of February, 2015, upon:

Talitha Gray Kozlowksi, Esq
Gordon Silver
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89169
tgray@gordonsilver.com
Counsel for the Debtor

Thomas J. Salerno, Esq.
Teresa M. Pilatowicz, Esq.
Gordon Silver
1 East Washington Street, Suite 400
Phoenix, AZ 85004
tsalerno@gordonsilver.com
tpilatowicz@gordonsilver.com
Counsel for the Debtor

William H Patrick, III, Esq.
Tristan E. Manthey, Esq.
Heller, Draper, Patrick, Horn & Dabney
650 Poydras St., Ste. 2500
New Orleans, LA 70130
wpatrick@hellerdraper.com
tmanthey@hellerdraper.com
Counsel for the Debtor

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

| | |
|---|---|
| 1 | J. Eric Lockridge, Esq. |
| | Kean Miller LLP |
| 2 | 400 Convention Street, Suite 700 |
| | Baton Rouge, LA 70802 |
| 3 | eric.lockridge@keanmiller.com |
| | Counsel for Municipal Employees' Retirement |
| 4 | System of Louisiana |


J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street, Suite 700
Baton Rouge, LA 70802
eric.lockridge@keanmiller.com
Counsel for Municipal Employees' Retirement System of Louisiana

Bryan A. Albue, Esq.
Sherman & Howard L.L.C.
201 East Washington Street, Suite 800
Phoenix, AZ 85004
balbue@shermanhoward.com
Counsel for Municipal Employees' Retirement System of Louisiana

Bradley J. Stevens, Esq.
Todd B. Tuggle, Esq.
Kami M. Hoskins, Esq.
Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004
bstevens@jsslaw.com
ttuggle@jsslaw.com
khoskins@jsslaw.com
Counsel for the Official Committee of Unsecured Creditors

Larry L. Watson, Esq.
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
larry.watson@usdoj.gov
Counsel for the U.S. Trustee

Christopher R. Kaup, Esq.
Tiffany & Bosco, P.A.
Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ 85016
crk@tblaw.com
Counsel for Capflow Funding Group

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

| | |
|---|---|
| 1 | Warren J. Stapleton, Esq. |
| | Osborn Maledon, P.A. |
| 2 | 2929 N. Central Ave., 21st Floor |
| | Phoenix, AZ 85012 |
| 3 | wstapleton@omlaw.com |
| | Counsel for Osborn Maledon, P.A. |
| 4 | |
| | David D. Cleary, Esq. |
| 5 | Greenberg Traurig, LLP |
| | 2375 E. Camelback Road, Ste. 700 |
| 6 | Phoenix, AZ 85016 |
| 7 | clearyd@gtlaw.com |
| | Counsel for Brent Roland and |
| 8 | Roland Interests, LLC |
| 9 | |
| | Brad A. Denton, Esq. |
| 10 | Larry A. Dunn, Esq. |
| | Gunderson, Denton & Peterson, P.C. |
| 11 | 1930 N. Arboleda Road, Suite 201 |
| | Mesa, AZ 85213 |
| 12 | brad@gundersondenton.com |
| | larry@gundersondenton.com |
| 13 | Counsel for L&L Freight Services, Inc. |
| 14 | |
| | Todd M. Adkins, Esq. |
| 15 | Chester & Shein, P.C. |
| | 8777 N. Gainey Center Drive, Suite 191 |
| 16 | Scottsdale, AZ 85258 |
| 17 | tadkins@cslawyers.com |
| | Counsel for Griffin Parkway Fountains, L.P. |
| 18 | |
| | Kevin C. Pollard, Esq. |
| 19 | Buelow, Vetter, Buikema, Olson & Vliet, LLC |
| | 20855 Watertown Road, Suite 200 |
| 20 | Waukesha, WI 53186 |
| 21 | kpollard@buelowvetter.com |
| | Counsel for Wenthe-Davidson Engineering Co. |
| 22 | |
| | Steven D. Nemecek, Esq. |
| 23 | Steve Brown & Associates, LLC |
| | 1414 East Indian School Road, Suite 200 |
| 24 | Phoenix, AZ 85014 |
| 25 | snemecek@sjbrownlaw.com |
| | Allen County Properties, LLC |
| 26 | |
| 27 | |
| 28 | /s/ Karen M. Grady |

774783.1 [0122414]