# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | SNTECH, INC. |
| **Case Number:** | 2:14-BK-17914-EPB    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 26, 2015 10:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | ANNETTE AGUILAR |
| **Reporter / ECR:** | JENNIFER LOWRY |

### *Matters:*

1) SALE HEARING
   **R / M #:**   62 / 0

2) FIRST INTERIM FEE APPLICATION OF GORDON SILVER, AS ATTORNEYS FOR DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FROM DECEMBER 4, 2014 THROUGH DECEMBER 31, 2014 FILED BY DEBTOR
   **R / M #:**   166 / 0

3) FIRST MONTHLY FEE APPLICATION OF HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C., AS ATTORNEYS FOR DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FROM DECEMBER 4, 2014 THROUGH DECEMBER 31, 2014 FILED BY DEBTOR
   **R / M #:**   169 / 0

### *Appearances:*

TERESA M PILATOWICZ, ATTORNEY FOR SNTECH, INC.
TRISTAN E. MANTHEY, ATTORNEY FOR SNTECH, INC., SNTECH, INC. (T)
TALITHA GRAY KOZLOWKSI, ATTORNEY FOR SNTECH, INC.
BRADLEY JAY STEVENS/KAMI HOSKINS, ATTORNEY FOR OFFICIAL COMMITTEE OF UNSECURED CREDITOR
J. ERIC LOCKRIDGE, ATTORNEY FOR MUNICIPAL EMPLOYEES RETIREMENT SYSTEM
ERIN J KENNEDY, ATTORNEY FOR CAPFLOW FUNDING GROUP (T)
JUSTIN SABIN, ATTORNEY FOR SAIL EXIT PARTNERS, LLC
DAVID KNAPPER, ATTORNEY FOR SMART WAREHOUSING, LLC
LARRY WATSON, ATTORNEY FOR THE UNITED STATES TRUSTEE
GUS KALLERGIS, ATTORNEY FOR BLUFFTON MOTOR WORKS

(continue)... 2:14-BK-17914-EPB        THURSDAY, FEBRUARY 26, 2015 10:00 AM

## Proceedings:

ITEMS #2 & #3

Ms. Pilatowicz states the applications were noticed on negative notice and did not receive any objections.

Mr. Watson has no objection.

The Court notes there are no objections.

ITEM # 1

Ms. Kozlowksi states the auction was conducted yesterday and goes over the process. She explains there were four qualified bids in which the parties conferred and selected the two prevailing bidders. Ms. Kozlowksi proceeds to review the sale of two lots and states there are a few open issues the parties are currently working through. She therefore asks for time to resolve the issues and appear in front of the Court early next week.

The Court addresses the objection by Smart Warehousing and discusses it with Mr. Kozlowksi. She goes on to answer the Court's questions.

Mr. Knapper states his position.

The Court calls for any competing offers.

Mr. Sabin states his client is reserving all of its rights including the right to bid. He would like the pending issues be decided next week and have the actual sale hearing take place. No parties object to Mr. Sabin's proposal.

COURT: IT IS ORDERED continuing this matter to March 5, 2015 at 10:00 a.m.

Page 2 of 2

Case 2:14-bk-17914-EPB    Doc 219    Filed 02/26/15    Entered 02/26/15 14:01:04    Desc
Main Document    Page 2 of 2        02/26/2015    2:00:56PM