# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | SNTECH, INC. |
| **Case Number:** | 2:14-BK-17914-EPB  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 26, 2015 10:00 AM  7TH FLOOR #703 |
| **Courtroom Clerk:** | ANNETTE AGUILAR |
| **Reporter / ECR:** | JENNIFER LOWRY |
| **Audio File Name:** | PHL01291860.MP3 |
| **Audio File Size:** | 8,380 KB |
| **Audio File Length:** | 00:17:52 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

## *Matters:*

1) SALE HEARING
   **R / M #:** 62 / 219

2) FIRST INTERIM FEE APPLICATION OF GORDON SILVER, AS ATTORNEYS FOR DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FROM DECEMBER 4, 2014 THROUGH DECEMBER 31, 2014 FILED BY DEBTOR
   **R / M #:** 166 / 219

3) FIRST MONTHLY FEE APPLICATION OF HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C., AS ATTORNEYS FOR DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FROM DECEMBER 4, 2014 THROUGH DECEMBER 31, 2014 FILED BY DEBTOR
   **R / M #:** 169 / 219

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# Audio Record of Hearing Held