GORDON SILVER
THOMAS J. SALERNO, ESQ.
Arizona Bar No.: 007492
Email: tsalerno@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Arizona Bar No.: 024447
Email: tpilatowicz@gordonsilver.com
One East Washington Street, Suite 400
Phoenix, Arizona 85004
Telephone: (602) 256-0400
Facsimile: (602) 256-0345

TALITHA GRAY KOZLOWSKI
Nevada Bar No. 9040 (*Admitted Pro Hac*)
Email: tgray@gordonsilver.com
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
Louisiana Bar No. 10359 (*Admitted Pro Hac*)
E-mail: wpatrick@hellerdraper.com
TRISTAN E. MANTHEY, ESQ.
Louisiana Bar No. 24539 (*Admitted Pro Hac*)
E-mail: tmanthey@hellerdraper.com
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3300
Facsimile: (504) 299-3399

*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re:<br><br>SNTECH, INC., a Delaware corporation,<br><br>Debtor. | Case No.: 2:14-BK-17914-EPB<br>Chapter 11<br><br>Date: February 26, 2015<br>Time: 10:00 a.m. |
|---|---|

**NOTICE OF FILING BLUFFTON MOTOR WORKS, LLC'S ASSET PURCHASE AGREEMENT AND PROPOSED ORDER: (I) AUTHORIZING THE SALE OF DEBTOR'S ASSETS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (II) AUTHORIZING THE ASSUMPTION, SALE, AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF**

SNTech, Inc., a Delaware corporation, debtor and debtor-in-possession, hereby files: (1) Bluffton Motor Works, LLC's Asset Purchase Agreement, attached hereto as **Exhibit "1;"** and (2) the proposed *Order: (I) Authorizing the Sale of Debtor's Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II)*

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, AZ 85004
(602) 256-0400

105013-002/2599028.doc

Case 2:14-bk-17914-EPB   Doc 233   Filed 03/04/15   Entered 03/04/15 17:51:32   Desc
Main Document    Page 1 of 2

*Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief,* attached hereto as **Exhibit "2"**

DATED this 5th day of February, 2015.

GORDON SILVER

 */s/ Talitha Gray Kozlowski*
THOMAS J. SALERNO, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
(*Admitted Pro Hac*)
TERESA M. PILATOWICZ, ESQ.
One East Washington Street, Suite 400
Phoenix, Arizona 85004

and

HELLER, DRAPER, PATRICK,
HORN & DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
(*Admitted Pro Hac*)
TRISTAN E. MANTHEY, ESQ.
(*Admitted Pro Hac*)
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
*Attorneys for Debtor*

**Gordon Silver**
Attorneys At Law
One East Washington
Suite 400
Phoenix, AZ 85004
(602) 256-0400

105013-002/2599028.doc