**KEAN MILLER LLP**
400 CONVENTION STREET, SUITE 700
BATON ROUGE, LOUISIANA, 70802
TELEPHONE: (225) 387-0999
FAX (225).388.9133
J. Eric Lockridge (Louisiana Bar No. 30159)
(eric.lockridge@keanmiller.com)

**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
201 EAST WASHINGTON STREET, SUITE 800
PHOENIX, ARIZONA 85004-2327
TELEPHONE: (602) 240-3000
FAX: (602) 240-6600
(AZ BAR FIRM NO. 00441000)
Bryan A. Albue (AZ Bar No. 009594)
(balbue@shermanhoward.com)

Attorneys for Municipal Employees' Retirement System of Louisiana

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| SNTECH, INC., a Delaware corporation, | Case No. 2:14-bk-17914-EPB |
| Debtor. | Hearing Date:<br>Date: March 5, 2015<br>Time: 10:00 a.m. |

### MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM OF LOUISIANA'S STATEMENT IN SUPPORT OF THE BID FROM VERDE SMART MOTORS

Municipal Employees' Retirement System of Louisiana ("MERS"), DIP Lender to, and pre-petition secured creditor of the Debtor, submits this Statement in Support of the Bid from Verde Smart Motors, Inc. for the Debtor's assets, filed on March 4, 2015 at ECF No. 238.

At the first installment of the Sale Hearing, held February 26, 2015, this Court invited higher and better bids than the ones presented to it.[1] In response to the Court's invitation, the Debtor's investment banker, Gordian Group reached out to parties who participated in the due diligence process and others who were watching from the

---

[1] The Court previewed this invitation at the hearing on the Bid Procedures Motion held January 6, 2015. At the January 6 hearing, the Court asked for and received Debtor's counsel assurance that at the Sale Hearing, the Court would be able to consider higher and better bids than those presented as a result of the out-of-court auction.

5461140_1

sidelines and advised them of the Court's invitation for higher and better bids and of the continued Sale Hearing on . March 5, 2015, at which such offers could be presented to the Court.

Brent Roland ("Roland") expressed interest. Mr. Roland is a secured creditor of the Debtor, a controlling member or officer of certain unsecured creditors of the Debtor, and a former member of the Debtor's board of directors. He is intimately familiar with the Debtor's business, its assets, and the value therein.

Roland expressed concern that if he bid on the Debtor's assets, the current high-bidder, Bluffton Motor Works ("Bluffton") would ultimately top his highest bid and he would receive nothing for his efforts other than lost time and invoices from his counsel. To address this concern and to provide Roland with sufficient comfort to submit a higher and better bid, MERS agreed to provide a stalking-horse-type protection to Roland at MERS's own cost. To that end, MERS agreed that if Roland (or his designee, now Verde Smart Motors) made a bid of at least $1.4 million, and if Verde Smart Motors is not the prevailing bidder at that price or a higher price, MERS will pay Verde Smart Motors $25,000.00 to reimburse it for its efforts and costs incurred in going through the process (the "Reimbursement Fee"). If Verde Smart Motors is the successful bidder, Verde Smart Motors gets the assets but no Reimbursement Fee. If Verde Smart Motors is not the successful bidder, a higher bidder will get the assets and Verde Smart Motors will get the Reimbursement Fee. In any situation, the Reimbursement Fee will be paid by MERS from its funds at the closing of the sale; no estate funds will be used to pay the Reimbursement Fee.

With this disclosure made, MERS urges the Court to accept Verde Smart Motors' bid as the current highest and best bid for the Debtor's assets. The Verde Smart Motors bid is a materially higher and better bid than other bids obtained to date. It provides for payment of the full purchase price, $1,475,000.00, at closing, and does not have any material contingencies. The primary competing bid from Bluffton

5461140_1

contains material contingencies and a new $250,000 "Holdback Amount" has been included in Bluffton's bid[2]; Verde Smart Motors' bid does not contain such material contingencies or any "holdbacks." Further, while Bluffton has required the Debtor to sell its inventory to Bluffton instead of to Reich Brothers, as was announced in open court last week, Bluffton's bid remains at $1,100,000.00 for most of the Debtor's assets. The total value of the Bluffton bid plus the sale value of the remaining assets is anticipated to be less than the $1,245,000.00 announced in Court last week.

MERS suggests that the Court invite Verde Smart Motors, Bluffton, and any other interested parties to increase their bids, if they desire to do so, at the continued Sale Hearing on March 5, 2015.

DATED: March 4, 2015

KEAN MILLER LLP

/s/ J. Eric Lockridge (Pro Hac Admission - Louisiana Bar No. 30159)
J. Eric Lockridge
400 Convention Street, Suite 700
Baton Rouge, Louisiana, 70820
eric.lockridge@keanmiller.com
(225) 387-0999
Attorneys for Municipal Employees' Retirement System of Louisiana

COPY of the foregoing served by email on March 4, 2015 to all parties receiving notice through the CM/ECF system, including:

Thomas J. Salerno, Esq.
Email: salerno@gordonsilver.com
Teresa M. Pilatowicz, Esq.
Email: tpilatowicz@gordonsilver.com
GORDON SILVER
One East Washington Street, Suite 400

---

[2] See ECF No. 233 § 2.6(c).

5461140_1

| | |
|---|---|
| 1 | Phoenix, Arizona 85004 |
| 2 | Talitha Gray Kozlowski, Esq.<br>Email: tgray@gordonsilver.com |
| 3 | GORDON SILVER<br>3960 Howard Hughes Parkway, 9th Floor |
| 4 | Las Vegas, Nevada 89169 |
| 5 | William H. Patrick, III, Esq.<br>E-mail: wpatrick@hellerdraper.com |
| 6 | Tristane E. Manthey, Esq.<br>E-mail: tmanthey@hellerdraper.com |
| 7 | HELLER, DRAPER, PATRICK, HORN<br>& DABNEY, L.L.C. |
| 8 | 650 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70130-6103 |
| 9 | Christopher R. Kaup, Esq. |
| 10 | E-mail: crk@tblaw.com<br>TIFFANY & BOSCO P.A. |
| 11 | Seventh Floor, Camelback Esplanade II<br>2525 East Camelback Road |
| 12 | Phoenix, Arizona 85016<br>Bryan A. Albue, Esq. |
| 13 | E-mail: balbue@shermanhoward.com<br>SHERMAN & HOWARD L.L.C. |
| 14 | 201 East Washington Street, Suite 800<br>Pheoniz, Arizona 85004-2327 |
| 15 | Larry L. Watson, Esq. |
| 16 | E-mail: larry.watson@usdoj.gov<br>Office of the U.S. Trustee |
| 17 | 230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003-1706 |
| 18 | David D. Cleary, Esq. |
| 19 | E-mail: clearyd@gtlaw.com<br>GREENBERG TRAURIG, LLP |
| 20 | 2375 Cambelback Road, Suite 700<br>Phoenix, Arizona 85016 |
| 21 | Attorneys for Debtor |
| 22 | |
| 23 | /s/ J. Eric Lockridge (Louisiana Bar No. 30159) |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | 5461140_1 |