# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** SNTECH, INC.
**Case Number:** 2:14-BK-17914-EPB  **Chapter:** 11
**Date / Time / Room:** THURSDAY, MARCH 05, 2015 10:00 AM  7TH FLOOR #703
**Bankruptcy Judge:** EDDWARD P. BALLINGER JR.
**Courtroom Clerk:** ANNETTE AGUILAR
**Reporter / ECR:** JENNIFER LOWRY

## Matter:

CONTINUED SALE HEARING
**R / M #:** 62 / 0

## Appearances:

TERESA M PILATOWICZ, ATTORNEY FOR SNTECH, INC.
TRISTAN E. MANTHEY, ATTORNEY FOR SNTECH, INC. (T)
TALITHA GRAY KOZLOWKSI, ATTORNEY FOR SNTECH, INC.
DAVID D. CLEARY, ATTORNEY FOR ROLAND INTERESTS, LLC AND BRENT ROLAND
SUSAN FREEMAN/RACHEL BLISE, ATTORNEYS FOR REGAL BELOIT CORPORATION
CHRISTOPHER MILES, ATTORNEY FOR SMART WAREHOUSING, LLC
MATT PERCONTINO, ATTORNEY FOR CAPFLOW FUNDING GROUP

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:14-BK-17914-EPB           THURSDAY, MARCH 05, 2015 10:00 AM

## *Proceedings:*

Ms. Kozlowksi reports that they do have a higher and better bid by Verde Smart Motors. She states it does not include the contingencies that are included in the Bluffton bid. She further states that Bluffton has not determined whether or not it wants to bid and has also asked MERS to provide $25,000 in bid protection. She asks for a break to continue discussions with Bluffton Motors. Discussion ensues.

Ms. Freeman asks that the Amended Motion to File Under Seal be removed from the docket. Ms. Kozlowksi has no objection.

COURT:  IT IS ORDERED granting Ms. Freeman's request.

A break is afforded.

Court resumes and Ms. Kozlowksi states MERS is not in a position to provide additional bid protections to Bluffton. She asks for ten more minutes to allow the bidders to provide final bids and see if there are any alternate bids.

The Court calls for any other bidders. There are none.

Mr. Cleary states that they are the highest and best bidder and discusses bidding with the Court.

Ms. Kozlowksi states she is asking for both parties to place their final best offers on the table. The Court responds.

A break is afforded.

Court resumes and Ms. Kozlowksi states Verde is their highest and best offer and have no competing offers. She asks for approval of that bid and that the Court approve the sale. She notes a draft sale order was filed but will work out some modifications and submit a new order.

The Court calls for any higher and better offers. There are none.

COURT:  IT IS ORDERED approving the sale and directing Ms. Kozlowksi to upload an appropriate form of order.

Case 2:14-bk-17914-EPB    Doc 243    Filed 03/05/15    Entered 03/05/15 14:32:28    Desc
Main Document    Page 2 of 2          03/05/2015   2:32:18PM