GORDON SILVER
THOMAS J. SALERNO, ESQ.
Arizona Bar No.: 007492
Email: tsalerno@gordonsilver.com
TERESA M. PILATOWICZ, ESQ.
Arizona Bar No.: 024447
Email: tpilatowicz@gordonsilver.com
One East Washington Street, Suite 400
Phoenix, Arizona 85004
Telephone: (602) 256-0400
Facsimile: (602) 256-0345

TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040 (*Admitted Pro Hac*)
Email: tgray@gordonsilver.com
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

*Attorneys for Debtor*

HELLER, DRAPER, PATRICK, HORN &
DABNEY, L.L.C.
WILLIAM H. PATRICK, III, ESQ.
Louisiana Bar No. 10359 (*Admitted Pro Hac*)
E-mail: wpatrick@hellerdraper.com
TRISTAN E. MANTHEY, ESQ.
Louisiana Bar No. 24539 (*Admitted Pro Hac*)
E-mail: tmanthey@hellerdraper.com
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3300
Facsimile: (504) 299-3399

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: 2:14-BK-17914-EPB |
| SNTECH, INC., a Delaware corporation, | Chapter 11 Proceeding |
| Debtor. | Date: March 10, 2015<br>Time: 1:30 p.m. |

### STIPULATION TO VACATE ASSUMPTION AND ASSIGNMENT HEARING

SNTech, Inc., a Delaware corporation ("Debtor"), debtor and debtor-in-possession, by and through its attorneys, Gordon Silver and Heller, Draper, Patrick, Horn & Dabney, L.L.C., and Regal Beloit Corporation ("Regal," and together with the Debtor, the "Parties"), by and through its counsel, Lewis Roca Rothgerber LLP, hereby stipulate as follows:

1.      WHEREAS, on February 26, 2015, Debtor filed its *Notice of: (I) Potential Assumption of Executory Contracts and Unexpired Leases, (II) Fixing of Cure Amounts; and (III) Deadline to Object Thereto* (the "Notice"), which: (i) referenced Bluffton Motor Works, LLC's request for a use limitations of certain licenses granted to Debtor through the Assignment and License Agreement effective as of August 2, 2011 (the "License Agreement"); and (ii)

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, AZ 85004
(602) 256-0400

105013-002/Stipulation.doc

Case 2:14-bk-17914-EPB    Doc 244    Filed 03/09/15    Entered 03/09/15 20:40:15    Desc
Main Document    Page 1 of 3

provided notice that a hearing would be held on March 10, 2015 to address any disputes regarding the assumption and assignment of any executory contracts.

2. WHEREAS, on March 3, 2015, Regal filed its *Limited Objection of Regal Beloit Corporation to Potential Assumption of Executory Contracts and Any Inconsistent Sale Order Provisions* [ECF No. 237] (the "Limited Objection"), thereby opposing any modification of the License Agreement.

3. WHEREAS, the Limited Objection was the only objection filed with regard to the assumption and assignment of any executory contracts.

4. WHEREAS, at the Mach 5, 2015 continued sale hearing: (i) the bid by Verde Smart Motors, Inc. ("Verde") was selected as the highest and best offer, which offer did not seek to modify the License Agreement and (ii) the Court orally approved the contemplated sale to Verde.

5. WHEREAS, Regal has requested, and Debtor has agreed, to include language confirming that the assumption and assignment of the License Agreement in conjunction with the sale to Verde shall not modify the use restrictions provided therein.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

Gordon Silver
Attorneys At Law
One East Washington
Suite 400
Phoenix, AZ 85004
(602) 256-0400

105013-002/Stipulation.doc

2

Case 2:14-bk-17914-EPB    Doc 244    Filed 03/09/15    Entered 03/09/15 20:40:15    Desc
Main Document    Page 2 of 3

1       NOW, THEREFORE, Regal's Limited Objection shall be deemed resolved and the

2 hearing on March 10, 2015 may be vacated.

3       Dated this 9th day of March, 2015.

4 GORDON SILVER                LEWIS ROCA ROTHGERBER LLP

5

6 By:  */s/ Teresa M. Pilatowicz*           By:    */s/ Susan M. Freeman (004199)*

7 THOMAS J. SALERNO, ESQ.          SUSAN M. FREEMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.    201 East Washington Street, Suite 1200

8 (*Admitted Pro Hac*)                    Phoenix, Arizona 85004
TERESA M. PILATOWICZ, ESQ.

9 One East Washington Street, Suite 400    *Attorneys for Regal Beloit Corporation*
Phoenix, Arizona 85004

10

11       and

12 HELLER, DRAPER, PATRICK,
HORN & DABNEY, L.L.C.

13 WILLIAM H. PATRICK, III, ESQ.
(*Admitted Pro Hac*)

14 TRISTAN E. MANTHEY, ESQ.

15 (*Admitted Pro Hac*)
650 Poydras Street, Suite 2500

16 New Orleans, Louisiana 70130-6103
*Attorneys for Debtor*

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon Silver**
Attorneys At Law
One East Washington
Suite 400
Phoenix, AZ 85004
(602) 256-0400

105013-002/Stipulation.doc

3